FILED

2017 Jun-19  PM 05:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

ELECTRONICALLY FILED
5/15/2017 11:39 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>13<br><br>Date of Filing:<br>05/15/2017 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN v. 3M COMPANY, INC. ET AL

**First Plaintiff:** ☑ Business ☐ Individual ☐ Government ☐ Other   **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

JON093    5/15/2017 11:39:11 AM    /s/ RHON E. JONES
          Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
3/15/2017 11:39 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET MILLS, INC.; and FICTITIOUS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO:

_____

*TRIAL BY JURY REQUESTED*

| | |
|---|---|
| **DEFENDANTS A-J, those persons,** | ) |
| **corporations, partnerships or entities** | ) |
| **who acted either as principal or agent,** | ) |
| **for or in concert with the other named** | ) |
| **Defendants and/or whose acts caused or** | ) |
| **contributed to the damages sustained by** | ) |
| **the Plaintiff, whose identities are** | ) |
| **unknown to the Plaintiff, but which will** | ) |
| **be substituted by amendment when** | ) |
| **ascertained,** | ) |

**Defendants.**

## COMPLAINT

Plaintiff,  The Water Works and Sewer Board of the City of Centre ("Centre Water"),

brings this Complaint against Defendants 3M Company, Aladdin Manufacturing Corporation,

Apricot International, Inc., ArrowStar, LLC,  Beaulieu Group LLC, Beaulieu of America, Inc.,

Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc.,  Dystar, L.P.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, E.I. DuPont De Nemours and Company,

Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Harcros Chemical, Inc.,

Indian Summer Carpet Mills, Inc., Industrial Chemicals, Inc., J&J Industries, Inc., Kraus USA,

Inc. (f/k/a Barrett Carpet Mills, Inc.),  Lexmark Carpet Mills Inc., Lyle Industries, Inc., MFG

Chemical, Inc., Milliken & Company, Mohawk Carpet LLC, Mohawk Group, Inc., Mohawk

Industries, Inc., NPC South, Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills

Group, LLC, Shaw Industries, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, The Dixie

Group, Inc., Textile Rubber and Chemical Company, Inc. and Victor Carpet Mills, Inc.

("Defendants"), and allege as follows:

## STATEMENT OF THE CASE

1.    Plaintiff, Centre Water, has and continues to be damaged due to the negligent,

willful, and wanton conduct of the Named and Fictitious Defendants, as well as nuisance and

trespass caused by the Defendants' past and present release of toxic chemicals, including perfluorinated compounds ("PFCs"), including, but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), precursors to PFOA and PFOS, and related chemicals from their manufacturing facilities in and around the City of Dalton, Georgia.

2.      Centre Water provides drinking water directly to its own residential and commercial customers in Cherokee County. Centre Water utilizes the Coosa River as its raw water source, specifically drawing its source water from Weiss Lake in the Coosa River Basin.

3.      Named and Fictitious Defendants operate, or supply chemical products to, manufacturing facilities located upstream of Centre Water's intake site, in or near the City of Dalton, Georgia. Named and Fictitious Defendants use chemical compounds that contain or degrade into PFCs, including, but not limited to PFOA and PFOS at their facilities to impart water, stain, and grease resistance to their carpet and other textile products. Industrial wastewater discharged from Named and Fictitious Defendants' manufacturing plants contains high levels of PFCs, including, but not limited to, PFOA and PFOS. These chemicals resist degradation during processing at Dalton Utilities' wastewater treatment center and contaminate the Conasauga River. The Conasauga River is one of the Coosa River's five major tributaries.

4.      Named and Fictitious Defendants' toxic chemicals have contaminated the water in the Coosa River at Centre Water's intake site, and the chemicals cannot be removed by the water treatment processes Centre Water currently utilizes.

5.      As a direct and proximate result of Named and Fictitious Defendants' contamination of the Plaintiff's raw water source, Centre Water has suffered substantial economic and consequential damage, including, but not limited to, expenses associated with the future installation and operation of a filtration system capable of removing the Named and Fictitious

3

Defendants' chemicals from the water; expenses incurred to monitor PFC contamination levels; expenses incurred to purchase water from Cherokee County Water Authority; and lost profits and sales.

6.      Wherefore, Plaintiff Centre Water seeks compensatory and punitive damages to the fullest extent allowed by award from a jury. Plaintiff also seeks equitable and injunctive relief compelling the Named and Fictitious Defendants to remediate their contamination and prevent additional releases of PFCs and other toxic chemicals, including, but not limited to PFOS and PFOA, into Centre Water's raw water source.

## JURISDICTION

7.      Jurisdiction is proper in this Court pursuant to ALA. CODE §12-11-30(1)(1975), as Plaintiff's claims exceed $10,000.

8.      Plaintiff asserts no federal cause of action in this Complaint.

## PARTIES

9.      Plaintiff Centre Water is a domestic municipal corporation formed pursuant to Ala. Code §11-50-230, with its principal place of business in Cherokee County, Alabama.

10.     Defendant 3M Company ("3M") is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

11.     Defendant Aladdin Manufacturing Corporation is a foreign corporation qualified to do business in Cherokee County, Alabama.

12.     Defendant Apricot International, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

13.     Defendant Arrowstar, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

4

14.    Defendant Beaulieu Group LLC is a foreign corporation causing injury in Cherokee County, Alabama.

15.    Defendant Beaulieu of America, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

16.    Defendant Daltonian Flooring, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

17.    Defendant Dependable Rug Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

18.    Defendant E.I. du Pont de Nemours and Company is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

19.    Defendant Dorsett Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

20.    Defendant Dystar, L.P., is a foreign corporation causing injury in Cherokee County, Alabama.

21.    Defendant ECMH, LLC d/b/a Clayton Miller Hospitality Carpets is a foreign corporation causing injury in Cherokee County, Alabama.

22.    Defendant Emerald Carpets, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

23.    Defendant Engineered Floors, LLC is a foreign corporation causing injury in Cherokee County Alabama.

24.    Defendant Fortune Contract, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

25.     Defendant Harcros Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

26.     Defendant Indian Summer Carpet Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

27.     Defendant Industrial Chemicals, Inc., is a domestic corporation with its principal place of business in Birmingham, Alabama, and is causing injury in Cherokee County, Alabama.

28.     Defendant J&J Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

29.     Kraus USA, Inc. is a foreign corporation causing injury in Cherokee County, Alabama.

30.     Defendant Lexmark Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

31.     Defendant Lyle Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

32.     Defendant MFG Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

33.     Milliken & Company is a foreign corporation causing injury in Cherokee County, Alabama.

34.     Defendant Mohawk Carpet, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

35.     Defendant Mohawk Group, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

36.     Defendant Mohawk Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

37.     Defendant NPC South, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

38.     Defendant Oriental Weavers USA, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

39.     Defendant S&S Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

40.     Defendant Savannah Mills Group, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

41.     Defendant Shaw Industries, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

42.     Defendant Tandus Centiva, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

43.     Defendant Tandus Centiva US, LLC, is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

44.     Defendant The Dixie Group, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

45.     Defendant Textile Rubber & Chemical Co., Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

46.     Defendant Victor Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

47.     Fictitious Defendants A, B, C, D, E, F, G, H, I, & J are those persons, corporations, partnerships, or entities who discharged PFCs and their precursor compounds, including, but not limited to PFOA, PFOS and related chemicals into the water supply upstream of Centre Water's water intake site, who acted either as principal or agent, for or in concert with the named Defendants, and/or who acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to Plaintiff, but which will be substituted by amendment when ascertained.

## FACTUAL ALLEGATIONS

48.     The City of Dalton, Georgia, contains over 150 carpet manufacturing plants, and more than 90% of the world's carpet is produced within a 65-mile radius of the city. These manufacturing plants have used PFOA, PFOS, and other related chemicals in the stain-resistant carpeting manufacturing process.

49.     Defendants are owners and operators of, or the chemical suppliers to, manufacturing facilities in and around Dalton, Georgia, which utilize various PFCs and their precursors in the manufacturing process. Defendants discharge PFCs, including, but not limited to PFOA, PFOS, their precursors and related chemicals in their industrial wastewater, which is then treated by Dalton Utilities wastewater treatment plants before being pumped to a 9,800-acre Land Application System ("LAS") where it is sprayed onto the property.

50.     PFCs including, but not limited to, PFOA and PFOS, resist degradation during the treatment process utilized by Dalton Utilities and increase in concentration as waste accumulates in the LAS. The LAS is bordered by the Conasauga River, and runoff contaminated with PFCs pollutes the river as it flows past the LAS.

51.     The United States Environmental Protection Agency ("EPA") has identified industrial wastewater from defendants' manufacturing facilities as the source of PFCs including, but not limited to, PFOA and PFOS being applied to the LAS and entering the Conasauga River.

52.     The human health risks caused by exposure to low levels of PFCs such as PFOA, PFOS, and related chemicals include testicular cancer, kidney cancer, ulcerative colitis, thyroid disease, high cholesterol, and pregnancy-induced hypertension. The stable carbon-fluorine bonds that make PFOA and PFOS so pervasive in industrial and consumer products also results in their environmental persistence, as there is no known environmental degradation mechanism for these chemicals. They are readily absorbed into biota and have a tendency to accumulate with repeated exposure.

53.     The association of exposure to these chemicals and certain cancers has been reported by the C8 Health Project, an independent Science Panel charged with reviewing the evidence linking PFOA, PFOS, and related chemicals to the risk of disease. The C8 Panel determined that kidney and testicular cancers have a "probable link" to PFOA exposure. Epidemiological studies of workers exposed to PFOA support the association between PFOA exposure and kidney and testicular cancers. These studies also suggest associations between PFOA exposure and prostate and ovarian cancers and non-Hodgkin lymphoma. Rodent studies also support the link with cancer. The majority of a United States Environmental Protection Agency ("EPA") Science Advisory Board expert committee recommended in 2006 that PFOA be considered "likely to be carcinogenic to humans."

54.     Defendant 3M Company has long been aware of the persistence and toxicity of PFOA, PFOS, and related chemicals, yet it knowingly and intentionally continued to promote and sell these chemicals to the carpet and textile manufacturing industry. Blood tests of 3M workers

conducted in 1978 found elevated organic fluorine levels proportionate to the length of time the employees had spent in production areas. Furthermore, a 1979 3M study of the effects of fluorochemical compounds on Rhesus monkeys was terminated after only 20 days after every monkey, at every dosage level, died from exposure to the chemicals.

55.    Defendant 3M Company has also known for at least 14 years that PFCs including, but not limited to, PFOA, PFOS, and related chemicals are not effectively treated by conventional wastewater treatment plant processes after finding high concentrations of these chemicals in samples taken from the effluent of a wastewater treatment plant located only a few miles downstream from one of its production facilities.

56.    The EPA took regulatory action on March 11, 2002, and December 9, 2002, by publishing two significant new use rules under the Toxic Substances Control Act to limit the future manufacture and use of PFOA, PFOS, and related chemicals.

57.    The State of New Jersey adopted a drinking water health advisory in 2006 for PFOA that is 0.04 ppb.

58.    The EPA in 2009 published provisional drinking water health advisories for PFOA and PFOS, the limits being 0.4 ppb for PFOA and 0.2 ppb for PFOS.

59.    More recent studies have shown that the 2009 EPA advisory limits were far too high. In 2014, the EPA released a draft of its proposed "reference dose" for PFOA, which is an estimate of how much a person could safely consume daily over their lifetime. That proposed reference dose translated to a limit of 0.1 ppb for PFOA, which was one-quarter the 2009 advisory level.

60.    In May 2016, the EPA issued a new drinking water health advisory for PFOA and PFOS, warning that exposure to elevated levels of these compounds can lead to a number of health

problems, such as cancer in adults and developmental effects in fetuses and breastfed infants. This advisory stated that, in order to provide a margin of protection from lifetime exposure to PFOA and PFOS in drinking water, the combined concentration of these chemicals should be no greater than 0.07 ppb. The EPA health advisory was based on peer-reviewed studies of the effects of PFOA and PFOS on laboratory animals, as well as epidemiological studies of human populations exposed to these chemicals.

61.    Centre Water began regular testing for PFOA and PFOS in its water supply following the issuance of the May 2016 EPA health advisory, and has consistently found PFOA and PFOS levels that combine to meet or exceed the 0.07 ppb limit.

62.    Centre Water's current water filtration system is not capable of removing or reducing levels of PFCs including, but not limited to PFOA and PFOS.

63.    Due to the high levels of PFOA and PFOS found in its water supply, Centre Water has and will continue to purchase water from the Cherokee County Water Authority resulting in additional expenses and lost profits.

64.    As a direct and proximate result of Defendants' contamination of Plaintiff's water supply, Centre Water has been damaged, including, but not limited to, past and future monitoring and testing expenses, lost revenues and profits, expenses in purchasing water from other water providers, and expenses in remediating, operating and maintaining its water system.

## COUNT ONE
### Negligence

65.    Plaintiff incorporates all prior paragraphs by reference as if fully set forth herein.

66.    Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of

toxic chemicals including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

67.     Named and Fictitious Defendants breached the duty owed to Plaintiff, and under the circumstances, Defendants' breaches constitute negligent, willful, and/or reckless conduct.

68.     As a direct, proximate, and foreseeable result of the Named and Fictitious Defendants' conduct, practices, actions, and inactions, Centre Water has incurred expenses and will incur reasonably ascertainable expenditures in the future.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT TWO
### Public Nuisance

69.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

70.     Plaintiff Centre Water owns and occupies property used to serve its water customers, including a water treatment plant, water distribution system, and offices.

71.     Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

72.     The specific damages incurred by Plaintiff include, but are not limited to, expenses associated with the future installation and operation of a filtration system capable of removing Named and Fictitious Defendants' chemicals from the water; expenses incurred to monitor PFC

contamination levels; expenses incurred to purchase water from the Cherokee County Water Authority; and lost profits and sales. These special damages are unique to Centre Water.

73.    In addition to the special damages sustained by Plaintiff, the levels of toxic chemical contamination found in the Plaintiff's water supply, directly caused by the Named and Fictitious Defendants' pollution, have created a condition that threatens the health and well-being of Centre Water's customers.

74.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would place, and have placed, the Plaintiff at risk of harm. The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT THREE
### Private Nuisance

75.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

76.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

77.    The contamination of the water at Centre Water's intake site constitutes a private nuisance depriving Centre Water of its ability to deliver clean and uncontaminated water to its customers.

78.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would contaminate, and have contaminated, the water at Plaintiff's intake site.  The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

79.    WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FOUR
### Trespass

80.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

81.    Plaintiff Centre Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

82.    Named and Fictitious Defendants' intentional acts in discharging PFOA, PFOS, and related chemicals, knowing that they would contaminate the water supply and flow downstream, caused an invasion of Plaintiff's property by Defendants' chemicals, which has affected and is affecting Plaintiff's interest in the exclusive possession of its property.

83.    Plaintiff did not consent to the invasion of its property by Named and Fictitious Defendants' chemicals.

84.    Named and Fictitious Defendants knew or should have known that their discharges of PFOA, PFOS, and related chemicals could contaminate the water supply and result in an invasion of Plaintiff's possessory interest in their property.

85.    Named and Fictitious Defendants' trespass is continuing.

86.    Named and Fictitious Defendants' continuing trespass has impaired Plaintiff's use of its property and has caused it damages by diminishing its value.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FIVE
### Wantonness and Punitive Damages

87.    Plaintiff re-alleges all prior paragraphs as if restated herein.

88.    Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of PFCs and their precursors, including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

89.    In breaching the duties described above, Named and Fictitious Defendants acted in a wanton, willful, and reckless manner.

90.    Named and Fictitious Defendants knew or should have known the danger to Plaintiff created by Defendants' conduct, practices, actions, and inactions.

91.    Named and Fictitious Defendants knew or should have known of the likely impact, harm, damage, and injury their conduct would have on the Plaintiff.

92.    Named and Fictitious Defendants' conduct, practices, and inactions evidence Defendants' reckless disregard for Plaintiff's property.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for punitive damages against all Defendants, both named and fictitious, jointly and severally, in an amount to

be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT SIX
### Injunctive Relief

93.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

94.    Plaintiff requests that this Court enter an Order enjoining Named and Fictitious Defendants from continuing the conduct described above and requiring Named and Fictitious Defendants to take all steps necessary to remove their chemicals from Plaintiff's water supplies and property.

95.    There is continuing irreparable injury to Plaintiff if an injunction does not issue, as Named and Fictitious Defendants' chemicals in its water supplies pose a continuing threat to Plaintiff's property interests, and there is no adequate remedy at law.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands injunctive relief against all Defendants, both named and fictitious, jointly and severally, requiring Defendants to remove their chemicals from Plaintiff's water system and to prevent these chemicals from continuing to contaminate Plaintiff's water supply.

## RELIEF DEMANDED

Wherefore, Centre Water respectfully requests this Court grant the following relief:

a)    Award Plaintiff damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out of pocket expenses, lost profits and sales, and future expenses;

b)    Issue an injunction requiring Named and Fictitious Defendants to remove their chemicals from Plaintiff's water supply and to prevent these chemicals from continuing to contaminate Plaintiff's water supply;

16

c)      Award attorney fees and costs and expenses incurred in connection with the

litigation of this matter;

d)      Award such other and further relief as this Court may deem just, proper, and

equitable.

## **JURY DEMAND**

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS
CAUSE.

Dated: May 25, 2017

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (STR021)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

ELECTRONICALLY FILED
5/15/2017 11:39 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | _____ |

MILLS, INC.; and FICTITIOUS          )
DEFENDANTS A-J, those persons,       )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are     )
unknown to the Plaintiff, but which will )
be substituted by amendment when        )
ascertained,                            )

       Defendants.

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), and propounds its First Set of Requests for Production to Defendants Aladdin Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken & Company, Mohawk Carpet, LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## INSTRUCTIONS

1.     Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.     If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.     If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.     Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.     If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.     If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.     If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, CentreWater.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## REQUESTS FOR PRODUCTION

1.      Please produce all documents identified in or relied upon by you in your responses to Plaintiff's First Set of Interrogatories to all Defendants.

2.      Please produce a chart showing your organizational structure.

3.      Please produce copies of your document retention policies.

4.      Please produce copies of all insurance policies under which you are or may be insured for liability with respect to the occurrences complained of in this action.

5.      Please produce copies of all documents that mention, refer to, reflect or relate to the volume or other quantity of chemical products used by you in your manufacturing processes at your facilities located in Whitfield County, Georgia.

6.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of chemical products.

7.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of PFCs, specifically including, but not limited to, PFOA and PFOS.

8.      Please produce copies of any and all documents that reference, memorialize, relate to, or Concern your knowledge of the human health risks caused by exposure to PFCs, specifically including, but not limited to, PFOA and PFOS.

9.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern your knowledge of the environmental persistence of PFOA and PFOS.

10.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern any testing performed on the wastewater discharged from your facilities in Whitfield County, Georgia.

11.    Please produce copies of any and all documents that reference, memorialize, relate to, or concern the volume of wastewater discharged from your facilities in Whitfield County, Georgia.

12.    Please produce copies of any and all Documents that reference, memorialize, relate to, or concern your knowledge of any surface water testing performed on the Conasauga River to determine PFC concentration levels.

13.    Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other documents, concerning the occurrences complained of in this action.

14.    Please produce a list identifying any person from whom you have purchased PFCs or their precursors, identifying the products purchased and the intended use of such products.

15.    Please produce all manuals, booklets, instructions, pamphlets, data sheets, or other Documents pertaining to your use and/or disposal of PFCs.

16.    Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the Georgia Department of Natural Resources ("GDNR").

17.    Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the United States Environmental Protection Agency ("EPA").

18.    Produce copies of all permits related to the discharge of wastewater from any facility owned or operated by you in Whitfield County, Georgia.

19.    Produce all documents related to notices, permit non-compliance, citations, investigations or legal actions arising from the production or discharging of wastewater from any of your manufacturing facilities in Whitefield County, Georgia.

20.    Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

21.    Please produce all documents or other information, either used, reviewed or relied upon by your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

22.    Please produce all written documents your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

Dated: May ___, 2017.

           Respectfully submitted,

           _s/ Rhon E. Jones_____
           JERE L. BEASLEY (BEA020)
           Jere.Beasley@beasleyallen.com
           RHON E. JONES (JON093)
           Rhon.Jones@beasleyallen.com
           RICHARD D. STRATTON (3939T76R)
           Rick.Stratton@beasleyallen.com
           GRANT M. COFER (COF008)
           Grant.Cofer@beasleyallen.com
           J. RYAN KRAL (KRA016)
           Ryan.Kral@beasleyallen.com
           Beasley, Allen, Crow, Methvin, Portis &
           Miles, P.C.
           P.O. Box 4160
           Montgomery, Alabama 36103
           T: 334-269-2343
           F: 334-954-7555

           ROGER H. BEDFORD
           senbedford@aol.com
           Roger Bedford & Associates, P.C.
           P.O. Box 370
           Russellville, Alabama 35653
           T: 256-332-6966
           F: 256-332-2800

           Attorneys for Plaintiff

ELECTRONICALLY FILED
5/15/2017 11:39 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | _____ |

| | |
|---|---|
| **MILLS, INC.; and FICTITIOUS** | ) |
| **DEFENDANTS A-J, those persons,** | ) |
| **corporations, partnerships or entities** | ) |
| **who acted either as principal or agent,** | ) |
| **for or in concert with the other named** | ) |
| **Defendants and/or whose acts caused or** | ) |
| **contributed to the damages sustained by** | ) |
| **the Plaintiff, whose identities are** | ) |
| **unknown to the Plaintiff, but which will** | ) |
| **be substituted by amendment when** | ) |
| **ascertained,** | ) |

**Defendants.**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS 3M COMPANY, INC., ARROWSTAR, LLC, DYSTAR, L.P., E.I. DUPONT DE NEMOURS AND COMPANY, HARCROS CHEMICAL, INC., INDUSTRIAL CHEMICALS, INC., MFG CHEMICAL, INC., AND TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

**COMES NOW**, Plaintiff, The Water Works and Sewer Board of the Town of Centre ("Centre Water"), and propounds its First Set of Interrogatories and First Request for Production of Documents on Defendants 3M Company, Inc., ArrowStar, LLC, Dystar, L.P., E.I. DuPont De Nemours and Company, Harcros Chemical, Inc., Industrial Chemicals, Inc., MFG Chemical, Inc., and Textile Rubber and Chemical Company, Inc. Plaintiff makes the following requests:

### INSTRUCTIONS

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the

current or last known custodian of each document concerning, referring, or relating to such communication.

4.    Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.    If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.    If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.    If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## **DEFINITIONS**

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic

media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the Defendants, 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.      State the inclusive dates during which you have sold or delivered chemical products to manufacturing facilities located in Whitfield County, Georgia.

2.      State the inclusive dates that you have maintained sales or distribution offices in Whitfield County, Georgia, and the physical address of each location.

3.      Identify each Defendant named in the Complaint in this matter to whom this Defendant has sold or supplied chemical products in Dalton, Georgia.

4.      For each Defendant identified in the immediately preceding interrogatory, identify the name and type of chemical product sold, the dates the chemical products were sold, the volume or other measure of the amount of chemical products sold on each date identified, and the purpose for which the products were to be used.

5.      State the name and address of each manufacturing facility located in Whitfield County, Georgia to which you have sold chemical products.

6.      For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume or other measure of the amount of products sold on each date identified, and the purpose for which the products were to be used.

7.      Identify each defendant named in the complaint in this matter to whom you sold chemical products that were used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

8.      For ever entity identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the chemical product and the total volume or other measurement of the amount of the product sold during that period

9.      Identify each chemical product sold or delivered by you to any manufacturing facility located in Whitfield County Georgia that was intended to be used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

10.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

11.     Identify each defendant named in the complaint in this matter to whom you sold chemical products that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

12.     For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume of products sold on each date identified and the purpose for which the product is used.

13.     Identify each chemical product sold by you to any entity with manufacturing facilities in Whitfield County Georgia that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

14.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

15.     Identify each water treatment facility in Whitfield County, Georgia that you have provided chemicals.

16.     For each entity in the immediately preceding interrogatory, identify the chemical that was provided, the amount that was provided, and the purpose for which it was provided.

## REQUEST FOR PRODUCTION

1.     All documents that mention, refer, reflect or relate to the identity of products sold; the volume or other measure of the amount of products sold; the identity of the entities to whom the products were sold; and the dates that the products were sold for the entities and chemical products identified in your responses to the above interrogatories.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)

Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

ELECTRONICALLY FILED
5/15/2017 11:39 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CIVIL ACTION NO:**

_____

MILLS, INC.; and FICTITIOUS )
DEFENDANTS A-J, those persons, )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are )
unknown to the Plaintiff, but which will )
be substituted by amendment when )
ascertained, )

        Defendants.

**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre

("Centre Water"), and propounds its First Set of Interrogatories to Defendants Aladdin

Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of

America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors,

LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer

Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken

& Company, Mohawk Carpet, LLC, Mohawk Group, LLC, Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## **INSTRUCTIONS**

1.    Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.    If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.    If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.    Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.    If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.    If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.    If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## **INTERROGATORIES**

1.      State the name, address, job title and duties of the person(s) answering, aiding, or who was consulted or supplied information upon which answers to these interrogatories are based and state the place where these interrogatories are answered.

2.      State the name of each chemical product, and the name of the manufacturer of each chemical product, used in Your manufacturing facilities in Whitfield County, Georgia, that were intended to provide stain resistance in Your products, and identify the type of products that You manufactured using these chemical products.

3.      Identify the inclusive dates during which any chemical products identified in Your response to Interrogatory #2 were used in Your manufacturing processes, as well as the name and address of each facility where the chemical product was used.

4.      Identify each manufacturing facility currently or formerly owned or operated by You in Whitfield County, Georgia, which chemical products were used, and the inclusive dates during which chemical products were used at each facility, as well as when each facility was in operation.

5.      With regard to any facility identified in response to Interrogatory #4, state the name of each chemical product utilized at that facility and list the inclusive dates during which each chemical product was used.

6.      With regard to any facility identified in response to Interrogatory #4, state whether waste water resulting from the manufacturing process was pre-treated prior to disposal or discharge to a waste water system, and describe in detail any such process used to pre-treat waste water at each facility.

7.    State whether You have entered into any contract or other agreement with Dalton Utilities to pre-treat your industrial wastewater prior to disposal.

8.    State the name of the wastewater treatment system provider for each of your manufacturing facilities in Whitfield County, Georgia, and the inclusive dates that each waste water treatment system was utilized by each facility.

9.    State whether any waste from any of your manufacturing facilities in Whitfield County, Georgia, has been discharged to the environment in any manner other than through a municipal wastewater system, describing with specificity and detail the nature and extent of any such discharge(s).

10.    State the name and address of any manufacturing facility not located in Whitfield County, Georgia, owned or operated by you that discharged wastewater directly into the environment or into a wastewater treatment system that discharges into any tributary of the Coosa River, and identify the inclusive dates during which any such discharges occurred.

11.    Identify any entity not named as a party to this action that has caused or contributed to causing perfluorinated compounds ("PFC"), including but not limited to perfluorooctanoic acid ("PFOA") and perfluorooctanoic sulfonate ("PFOS"), to enter the Consauga River, or any other tributary of the Coosa River.

12.    State whether you are aware that the use of certain stain resistance products in your manufacturing process may have resulted in the presence of PFOA and/or PFOS in the Consauga River, and if answering in the affirmative, state when you gained this awareness.

13.    State with specificity and in detail any action or activity you have undertaken to reduce the use of any chemical products in your manufacturing process, when those actions or activities were undertaken, and your reason(s) for undertaking those actions or activities.

14.    State with specificity and detail all knowledge you have regarding any investigation by any governmental agency regarding the release of PFOA and/or PFOS from the Dalton Utilities Industrial Wastewater System, including the date the knowledge was obtained.

Dated: May ___, 2017.

Respectfully submitted,

 s/ Rhon E. Jones _____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff



AlaFile E-Notice

13-CV-2017-900049.00

To:  RHON E. JONES
     rhon.jones@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0023 83

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: 3M COMPANY, INC.
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0023 90

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  ALADDIN MANUFACTURING CORPORATION
     THE CORPORATION COMPANY
     60 COMMERCE ST
     MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 06

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  APRICOT INTERNATIONAL, INC.
     C/O GUY BINETTE
     215 WEST AVENUE
     DALTON, GA 30722

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 13

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  ARROWSTAR, LLC
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0024 20

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: BEAULIEU GROUP LLC
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA 30092

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0024 37

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To: BEAULIEU OF AMERICA, INC.
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:      5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 44

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:   DALTONIAN FLOORING, INC.
      C/O R MIKE WITHROCK
      402 W CUYLER ST
      DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:      5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 51

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  DEPENDABLE RUG MILLS, INC.
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA 30740

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:      5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0024 68

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To: DORSETT INDUSTRIES, INC.
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA 30721

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0024 75

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To: DYSTAR, L.P.
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637

USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 82

*100 MAIN STREET*
*CENTRE, AL, 35960*

**13-CV-2017-900049.00**

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date: 5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0024 99

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  E.I. DU PONT DE NEMOURS AND COMPANY
     THE CORPORATION TRUST CO
     1209 ORANGE ST
     WILMINGTON, DE 19801

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:      5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0025 05

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  EMERALD CARPETS, INC.
     C/O TOM MINOR
     745 COLLEGE DR
     DALTON, GA 30720

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 12

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  ENGINEERED FLOORS, LLC
     C/O BENNIE M LAUGHTER
     115 KING ST
     DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 29

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: FORTUNE CONTRACT, INC.
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





USPS CERTIFIED MAIL

**9214 8901 7301 4113 1700 0025 36**

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  HARCROS CHEMICAL, INC.
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 43

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE 19904

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 50

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:   INDIAN SUMMER CARPET MILLS, INC.
      C/O JAMES L ORR
      601 CALLAHAN RD
      DALTON, GA 30721

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:      5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 67

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  INDUSTRIAL CHEMICALS, INC.
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL 35218

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 74

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  J&J INDUSTRIES, INC.
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 81

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  LEXMARK CARPET MILLS, INC.
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0025 98

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  LYLE INDUSTRIES, INC.
     C/O LYLE G. LAMAR
     1800 KIMBERLY PARK DR
     DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 04

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: MFG CHEMICAL, INC.
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0026 11

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  MILLIKEN & COMPANY
     CT CORP. SYSTEMS
     1201 PEACHTREE ST NE
     ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 28

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  MOHAWK CARPET, LLC
     CORPORATION SERVICES COMP
     40 TECHNOLOGYPKWYS #300
     NORCROSS, GA 30092

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0026 35

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:   MOHAWK GROUP, INC.
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE 19808

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 42

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:   MOHAWK INDUSTRIES, INC.
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE 19808

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 59

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To: NPC SOUTH, INC.
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 66

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  ORIENTAL WEAVERS USA, INC.
     C/O AHMED SALAMA
     3252 LOWER DUG GAP RD
     DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0026 73

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  S & S MILLS, INC.
     C/O ROBERT G MCCURRY
     402 SELVIDGE ST
     DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0026 80

100 MAIN STREET
CENTRE, AL, 35960

**13-CV-2017-900049.00**

To:  SAVANNAH MILLS GROUP, LLC
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA 30720

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0026 97

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  SHAW INDUSTRIES, INC.
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



*100 MAIN STREET*
*CENTRE, AL, 35960*

**9214 8901 7301 4113 1700 0027 03**

**13-CV-2017-900049.00**

To: TANDUS CENTIVA, INC.
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0027 10

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  TANDUS CENTIVA US, LLC
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST #1240
     ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0027 27

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To:  THE DIXIE GROUP, INC.
     CT CORPORATION SYSTEM
     1201 PEACHTREET ST NE
     ATLANTA, GA 30361

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:     5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0027 34

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA 30721

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





100 MAIN STREET
CENTRE, AL, 35960

9214 8901 7301 4113 1700 0027 41

**13-CV-2017-900049.00**

To: VICTOR CARPET MILLS, INC.
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA 30721

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following complaint was FILED on 5/15/2017 11:37:46 AM

Notice Date:    5/15/2017 11:37:46 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** 3M COMPANY, INC., CT CORPORATION SYSTEM 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in

County,

*(Name of Person Served)*

*(Name of County)*

Alabama on

.

*(Date)*

*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** ALADDIN MANUFACTURING CORPORATION, THE CORPORATION COMPANY 60 COMMERCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*           *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** APRICOT INTERNATIONAL, INC., C/O GUY BINETTE 215 WEST AVENUE, DALTON, GA 30722

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                               ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                          .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                              .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                           County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on                                   .

*(Date)*

_____        _____        _____
*(Type of Process Server)*         *(Server's Signature)*             *(Address of Server)*

_____        _____
*(Server's Printed Name)*           *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** ARROWSTAR, LLC, C/O KEVIN HARRIS 530 N ELM ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                    County,

*(Name of Person Served)*                                *(Name of County)*

Alabama on                                    .

*(Date)*

_____        _____        _____
*(Type of Process Server)*         *(Server's Signature)*              *(Address of Server)*

_____        _____
*(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** BEAULIEU GROUP LLC, CORPORATION SERVICES COMP 40 TECHNOLOGYPKWYS #300, NORCROSS, GA 30092

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____        _____

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** BEAULIEU OF AMERICA, INC., C/O PETER N. FARLEY 1502 CORONET DR, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*  *(Name of County)*

Alabama on _____.

*(Date)*

_____  _____  _____
*(Type of Process Server)*  *(Server's Signature)*  *(Address of Server)*

_____  _____
*(Server's Printed Name)*  *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** DALTONIAN FLOORING, INC., C/O R MIKE WITHROCK 402 W CUYLER ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                           ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                                      .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                              *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** DEPENDABLE RUG MILLS, INC., C/O JERRY NEALEY 515 MIRACLE DR, ROCKY FACE, GA 30740

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____           _____           *(Address of Server)*

*(Type of Process Server)*      *(Server's Signature)*

_____           _____

*(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** DORSETT INDUSTRIES, INC., C/O BRYAN C. MACON 1304 MAY ST, DALTON, GA 30721

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____
*(Type of Process Server)*      *(Server's Signature)*          *(Address of Server)*

_____    _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

NOTICE TO: DYSTAR, L.P., CT CORPORATION SYSTEM 1201 PEACHTREE ST NE, ATLANTA, GA 30361
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103
_____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN
*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.　　/s/ RHON E. JONES
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*　　　　　　　　*(Name of County)*

Alabama on _____.
*(Date)*

_____　_____　_____
*(Type of Process Server)*　*(Server's Signature)*　*(Address of Server)*

　　　　　　　　　　　　　_____　_____
　　　　　　　　　　　　　*(Server's Printed Name)*　*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

NOTICE TO: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS, C/O JOHN T MINOR IV 745 COLLEGE DR, SUITE B, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** E.I. DU PONT DE NEMOURS AND COMPANY, THE CORPORATION TRUST CO 1209 ORANGE ST, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** EMERALD CARPETS, INC., C/O TOM MINOR 745 COLLEGE DR, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

NOTICE TO: ENGINEERED FLOORS, LLC, C/O BENNIE M LAUGHTER 115 KING ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                        .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** FORTUNE CONTRACT, INC., C/O JAMES T FORDHAM 411 W CRAWFORD ST, DALTON, GA 30720
<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES,
<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103.
<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN
<div align="right">[Name(s)]</div>

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.      /s/ RHON E. JONES
<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<div align="center">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
<div align="center">(Name of Person Served)                    (Name of County)</div>

Alabama on _____.
<div align="center">(Date)</div>

_____        _____        _____
(Type of Process Server)      (Server's Signature)        (Address of Server)

_____        _____
(Server's Printed Name)        (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** HARCROS CHEMICAL, INC., CT CORPORATION SYSTEM 2 N JACKSON ST STE 605, MONTGOMERY, AL 36104

<div align="center"><em>(Name and Address of Defendant)</em></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                              ,

<div align="center"><em>[Name(s) of Attorney(s)]</em></div>

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                              .

<div align="center"><em>[Address(es) of Plaintiff(s) or Attorney(s)]</em></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

<div align="right"><em>[Name(s)]</em></div>

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

<div align="center"><em>(Plaintiff's/Attorney's Signature)</em></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<div align="right"><em>(Date)</em></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<em>(Name of Person Served)</em>     <em>(Name of County)</em>

Alabama on _____ .

<em>(Date)</em>

_____     _____     _____
<em>(Type of Process Server)</em>     <em>(Server's Signature)</em>     <em>(Address of Server)</em>

_____     _____
<em>(Server's Printed Name)</em>     <em>(Phone Number of Server)</em>

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

NOTICE TO: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC., NATIONAL REGISTERED AGENT 160 GREENTREE DR STE 101, DOVER, DE 19904

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
## THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** INDIAN SUMMER CARPET MILLS, INC., C/O JAMES L ORR 601 CALLAHAN RD, DALTON, GA 30721

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** INDUSTRIAL CHEMICALS, INC., C/O WILLIAM L WELCH 2042 MONTREAT DR, BIRMINGHAM, AL 35218

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____
*(Type of Process Server)*        *(Server's Signature)*            *(Address of Server)*

_____    _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** J&J INDUSTRIES, INC., C/O JAMES E BETHEL 615 VALLEY DR, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

*(Name of Person Served)*    in    *(Name of County)*    County,

Alabama on

*(Date)*

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** LEXMARK CARPET MILLS, INC., CT CORPORATION SYSTEM 1201 PEACHTREE ST #1240, ATLANTA, GA 30361

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES
,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103
.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on
.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in
County,

*(Name of Person Served)*          *(Name of County)*

Alabama on
.

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** LYLE INDUSTRIES, INC., C/O LYLE G. LAMAR 1800 KIMBERLY PARK DR, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____
*(Type of Process Server)*      *(Server's Signature)*       *(Address of Server)*

_____    _____
*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:**  MFG CHEMICAL, INC., C/O CHARLES GAVIN, III 1804 KIMBERLY PARK DR, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                        ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                            .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                    County,

*(Name of Person Served)*          *(Name of County)*

Alabama on                                    .

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** MILLIKEN & COMPANY, CT CORP. SYSTEMS 1201 PEACHTREE ST NE, ATLANTA, GA 30361

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____
*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** MOHAWK CARPET, LLC, CORPORATION SERVICES COMP 40 TECHNOLOGYPKWYS #300, NORCROSS, GA 30092

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** MOHAWK GROUP, INC., CORPORATION SERVICE COMPA 2711 CENTREVILLE RD #400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
RHON E. JONES
,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103
.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on
.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in
County,

*(Name of Person Served)*    *(Name of County)*

Alabama on
.

*(Date)*

_____    _____    _____
*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** MOHAWK INDUSTRIES, INC., CORPORATION SERVICE COMPA 2711 CENTREVILLE RD #400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                        ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                        .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to                    

in                                        County,

*(Name of Person Served)*                                        *(Name of County)*

Alabama on                                        .

*(Date)*

_____        _____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** NPC SOUTH, INC., C/O JAMES T. FORDHAM 411 W CRAWFORD ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____                    _____
*(Type of Process Server)*       *(Address of Server)*

_____                    _____
*(Server's Signature)*

_____                    _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** ORIENTAL WEAVERS USA, INC., C/O AHMED SALAMA 3252 LOWER DUG GAP RD, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .

*(Date)*

_____      _____      _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____      _____

*(Server's Printed Name)*     *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** S & S MILLS, INC., C/O ROBERT G MCCURRY 402 SELVIDGE ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

# RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** SAVANNAH MILLS GROUP, LLC, C/O BENNIE M LAUGHTER 115 WEST KING ST, DALTON, GA 30720

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____          _____

*(Server's Printed Name)*     *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

NOTICE TO:  SHAW INDUSTRIES, INC., CSC LAWYERS INCORPORATING 150 S PERRY ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                             ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                              *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____
*(Type of Process Server)*         *(Server's Signature)*              *(Address of Server)*

_____    _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

NOTICE TO: TANDUS CENTIVA, INC., CT CORPORATION SYSTEM 1201 PEACHTREE ST #1240, ATLANTA, GA 30361

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                    .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                    County,

*(Name of Person Served)*          *(Name of County)*

Alabama on                                    .

*(Date)*

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

NOTICE TO: TANDUS CENTIVA US, LLC, CT CORPORATION SYSTEM 1201 PEACHTREE ST #1240, ATLANTA, GA 30361

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*              *(Name of County)*

Alabama on _____ .

*(Date)*

_____    _____    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____

*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

NOTICE TO: THE DIXIE GROUP, INC., CT CORPORATION SYSTEM 1201 PEACHTREET ST NE, ATLANTA, GA 30361

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** TEXTILE RUBBER AND CHEMICAL COMPANY, INC., FREDERICK H HOWALT, III 1400 TIARCO DR, DALTON, GA 30721

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** VICTOR CARPET MILLS, INC., ELIZABETH AHLUWALIA 1505 CORONET DR, DALTON, GA 30721

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/15/2017 11:37:46 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

*(Name of Person Served)*          *(Name of County)*

Alabama on .

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DALTONIAN FLOORING, INC. (PRO SE)
      C/O R MIKE WITHROCK
      402 W CUYLER ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
     THE CORPORATION TRUST CO
     1209 ORANGE ST
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK GROUP, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
     CSC LAWYERS INCORPORATING
     150 S PERRY ST
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

**D033 TANDUS CENTIVA, INC.**

**Corresponding To**

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
        rhon.jones@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

 AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRC
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:    J&J INDUSTRIES, INC. (PRO SE)
       C/O JAMES E BETHEL
       615 VALLEY DR
       DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H HOWALT, III
      1400 TIARCO DR
      DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D021 LEXMARK CARPET MILLS, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
       jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK GROUP, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   S & S MILLS, INC. (PRO SE)
      C/O ROBERT G MCCURRY
      402 SELVIDGE ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D035 THE DIXIE GROUP, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
     C/O R MIKE WITHROCK
     402 W CUYLER ST
     DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
     NATIONAL REGISTERED AGENT
     160 GREENTREE DR STE 101
     DOVER, DE, 19904-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
     ELIZABETH AHLUWALIA
     1505 CORONET DR
     DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D024 MILLIKEN & COMPANY

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
     NATIONAL REGISTERED AGENT
     160 GREENTREE DR STE 101
     DOVER, DE, 19904-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
     C/O ROBERT G MCCURRY
     402 SELVIDGE ST
     DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D010 DYSTAR, L.P.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEASLEY JERE LOCKE
      jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/19/2017

D034 TANDUS CENTIVA US, LLC

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**UJS Information**

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 SHAW INDUSTRIES, INC.  (D032)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL 36104

Date: May 19, 2017

Circuit Clerk:

The following is in response to your May 19, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002697.  The delivery record shows that this item was delivered on May 19, 2017 at 7:46 am in MONTGOMERY, AL  36102. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     C/O BRYAN C. MACON
     1304 MAY ST
     DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
     C/O BENNIE M LAUGHTER
     115 KING ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
     CT CORP. SYSTEMS
     1201 PEACHTREE ST NE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D032 SHAW INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No<br><br>Intended Recipient:<br><br> HARCROS CHEMICAL, INC.  (D016)<br>CT CORPORATION SYSTEM<br>2 N JACKSON ST STE 605<br>MONTGOMERY, AL 36104 |

Date: May 19, 2017

Circuit Clerk:

The following is in response to your May 19, 2017 request for delivery information on your Certified Mail™/RRE item number 9214890173014113170002536.  The delivery record shows that this item was delivered on May 19, 2017 at 10:52 am in MONTGOMERY, AL  36104. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
     C/O JAMES L ORR
     601 CALLAHAN RD
     DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D016 HARCROS CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637




```
┌─────────────────────────────────────────────┐
│              UJS Information                  │
│                                               │
│  Case Number: 13-CV-2017-900049.00            │
│  Document Type: Complaint                     │
│  Restricted Delivery Requested: No            │
│                                               │
│  Intended Recipient:                          │
│                                               │
│   3M COMPANY, INC.  (D001)                    │
│  CT CORPORATION SYSTEM                         │
│  2 N JACKSON ST SUITE 605                      │
│  MONTGOMERY, AL 36104                          │
└─────────────────────────────────────────────┘
```

Date: May 19, 2017

Circuit Clerk:

The following is in response to your May 19, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002383.  The delivery record shows that this item was delivered on May 19, 2017 at 10:52 am in MONTGOMERY, AL  36104. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/19/2017

D001 3M COMPANY, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
      C/O JAMES T FORDHAM
      411 W CRAWFORD ST
      DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
      NATIONAL REGISTERED AGENT
      160 GREENTREE DR STE 101
      DOVER, DE, 19904-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H HOWALT, III
      1400 TIARCO DR
      DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/20/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

UNDELIVERABLE

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**UNITED STATES**
**POSTAL SERVICE**

+--------------------------------------------+
| UJS Information                            |
|                                            |
| Case Number: 13-CV-2017-900049.00          |
| Document Type: Complaint                   |
| Restricted Delivery Requested: No          |
|                                            |
| Intended Recipient:                        |
|                                            |
| KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.  (D017) |
| NATIONAL REGISTERED AGENT                  |
| 160 GREENTREE DR STE 101                   |
| DOVER, DE 19904                            |
+--------------------------------------------+

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 9214890173014113170002543.  The delivery record shows that this item was delivered on May 22, 2017 at 11:13 am in DOVER, DE 19904. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service





```
┌─────────────────────────────────────────────────┐
│              UJS Information                     │
│                                                 │
│  Case Number: 13-CV-2017-900049.00              │
│  Document Type: Complaint                        │
│  Restricted Delivery Requested: No               │
│                                                 │
│  Intended Recipient:                             │
│                                                 │
│   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (D036)│
│  FREDERICK H HOWALT, III                         │
│  1400 TIARCO DR                                  │
│  DALTON, GA 30721                                │
└─────────────────────────────────────────────────┘
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002734. The delivery record shows that this item was delivered on May 22, 2017 at 10:43 am in DALTON, GA 30721. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service


<table>
<tr><td colspan="2" align="center">UJS Information</td></tr>
</table>

| |
|---|
| **UJS Information** |
| Case Number: 13-CV-2017-900049.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No<br><br>Intended Recipient:<br><br>BEAULIEU GROUP LLC  (D005)<br>CORPORATION SERVICES COMP<br>40 TECHNOLOGYPKWYS #300<br>NORCROSS, GA 30092 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002420.  The delivery record shows that this item was delivered on May 22, 2017 at 9:56 am in PEACHTREE CORNERS, GA  30092. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service




| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| SAVANNAH MILLS GROUP, LLC  (D031) |
| C/O BENNIE M LAUGHTER |
| 115 WEST KING ST |
| DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 9214890173014131700002680.  The delivery record shows that this item was delivered on May 22, 2017 at 11:30 am in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAL JON RYAN
      PO BOX 4160
      MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRC
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D017 KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

UNITED STATES
POSTAL SERVICE.

┌─────────────────────────────────────────────┐
│                UJS Information                │
│                                               │
│  Case Number: 13-CV-2017-900049.00            │
│  Document Type: Complaint                     │
│  Restricted Delivery Requested: No            │
│                                               │
│  Intended Recipient:                          │
│                                               │
│   E.I. DU PONT DE NEMOURS AND COMPANY (D012)  │
│  THE CORPORATION TRUST CO                     │
│  1209 ORANGE ST                               │
│  WILMINGTON, DE 19801                         │
└─────────────────────────────────────────────┘

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002499. The delivery record shows that this item was delivered on May 22, 2017 at 6:35 am in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE.**

---

**UJS Information**

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 BEAULIEU OF AMERICA, INC.  (D006)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA 30720

---

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002437.  The delivery record shows that this item was delivered on May 22, 2017 at 7:56 am in DALTON, GA 30722. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service




| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| |
| Intended Recipient: |
| |
|  ENGINEERED FLOORS, LLC  (D014) |
| C/O BENNIE M LAUGHTER |
| 115 KING ST |
| DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002512.  The delivery record shows that this item was delivered on May 22, 2017 at 11:30 am in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| MOHAWK CARPET, LLC  (D025) CORPORATION SERVICES COMP 40 TECHNOLOGYPKWYS #300 NORCROSS, GA 30092 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002628.  The delivery record shows that this item was delivered on May 22, 2017 at 9:56 am in PEACHTREE CORNERS, GA  30092. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



**UNITED STATES**
**POSTAL SERVICE**

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| LYLE INDUSTRIES, INC.  (D022) |
| C/O LYLE G. LAMAR |
| 1800 KIMBERLY PARK DR |
| DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002598.  The delivery record shows that this item was delivered on May 22, 2017 at 12:04 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**₀

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| VICTOR CARPET MILLS, INC.  (D037) |
| ELIZABETH AHLUWALIA |
| 1505 CORONET DR |
| DALTON, GA 30721 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002741.  The delivery record shows that this item was delivered on May 22, 2017 at 7:56 am in DALTON, GA 30722. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service




```
┌─────────────────────────────────────────┐
│              UJS Information              │
│                                           │
│  Case Number: 13-CV-2017-900049.00        │
│  Document Type: Complaint                 │
│  Restricted Delivery Requested: No        │
│                                           │
│  Intended Recipient:                      │
│                                           │
│   MFG CHEMICAL, INC.  (D023)              │
│  C/O CHARLES GAVIN, III                   │
│  1804 KIMBERLY PARK DR                    │
│  DALTON, GA 30720                         │
│                                           │
└─────────────────────────────────────────┘
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002604.  The delivery record shows that this item was delivered on May 22, 2017 at 12:07 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service





| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No<br><br>Intended Recipient:<br><br> ARROWSTAR, LLC  (D004)<br>C/O KEVIN HARRIS<br>530 N ELM ST<br>DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 9214890173014113170002413.  The delivery record shows that this item was delivered on May 22, 2017 at 12:27 pm in DALTON, GA 30721. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D036 TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
      C/O JAMES L ORR
      601 CALLAHAN RD
      DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:    J&J INDUSTRIES, INC. (PRO SE)
       C/O JAMES E BETHEL
       615 VALLEY DR
       DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D031 SAVANNAH MILLS GROUP, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
     rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D005 BEAULIEU GROUP LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ENGINEERED FLOORS, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 KING ST
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H HOWALT, III
      1400 TIARCO DR
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D037 VICTOR CARPET MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
     C/O JAMES E BETHEL
     615 VALLEY DR
     DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D014 ENGINEERED FLOORS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
      NATIONAL REGISTERED AGENT
      160 GREENTREE DR STE 101
      DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D025 MOHAWK CARPET, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEASLEY JERE LOCKE
    jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGYPKWYS #300
     NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ENGINEERED FLOORS, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
     CT CORP. SYSTEMS
     1201 PEACHTREE ST NE
     ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D006 BEAULIEU OF AMERICA, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU OF AMERICA, INC. (PRO SE)
      C/O PETER N. FARLEY
      1502 CORONET DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
      C/O JAMES L ORR
      601 CALLAHAN RD
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**AlaFile E-Notice**

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
     C/O BENNIE M LAUGHTER
     115 WEST KING ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
      CSC LAWYERS INCORPORATING
      150 S PERRY ST
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D023 MFG CHEMICAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
     C/O BENNIE M LAUGHTER
     115 KING ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D012 E.I. DU PONT DE NEMOURS AND COMPANY

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   STRATTON RICHARD DOUGLAS
      rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
     C/O JAMES L ORR
     601 CALLAHAN RD
     DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D022 LYLE INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     C/O WILLIAM L WELCH
     2042 MONTREAT DR
     BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D004 ARROWSTAR, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**UNITED STATES**
**POSTAL SERVICE**

<table>
<tr><td colspan="2"><strong>UJS Information</strong></td></tr>
</table>

UJS Information

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 MOHAWK INDUSTRIES, INC.  (D027)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE 19808

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002642.  The delivery record shows that this item was delivered on May 22, 2017 at 2:36 pm in WILMINGTON, DE  19808. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**

```
UJS Information

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 FORTUNE CONTRACT, INC.  (D015)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA 30720
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002529.  The delivery record shows that this item was delivered on May 22, 2017 at 4:58 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGYPKWYS #300
     NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

 AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D027 MOHAWK INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**UNITED STATES**
**POSTAL SERVICE**

```
UJS Information

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS  (D0
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA 30720
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on
your Certified Mail™/RRE item number 92148901730141131700002482.  The delivery
record shows that this item was delivered on May 22, 2017 at 3:15 pm in DALTON, GA
30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**

```
┌─────────────────────────────────────────┐
│              UJS Information              │
│                                           │
│  Case Number: 13-CV-2017-900049.00        │
│  Document Type: Complaint                 │
│  Restricted Delivery Requested: No        │
│                                           │
│  Intended Recipient:                      │
│                                           │
│   NPC SOUTH, INC.  (D028)                 │
│  C/O JAMES T. FORDHAM                      │
│  411 W CRAWFORD ST                        │
│  DALTON, GA 30720                         │
└─────────────────────────────────────────┘
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002659.  The delivery record shows that this item was delivered on May 22, 2017 at 4:58 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE.**

```
UJS Information

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 EMERALD CARPETS, INC.  (D013)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA 30720
```

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002505.  The delivery record shows that this item was delivered on May 22, 2017 at 3:15 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
       rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU GROUP LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

 AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     C/O AHMED SALAMA
     3252 LOWER DUG GAP RD
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D015 FORTUNE CONTRACT, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
     rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

 AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
      C/O GUY BINETTE
      215 WEST AVENUE
      DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU GROUP LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
      C/O JAMES T FORDHAM
      411 W CRAWFORD ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST #1240
     ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D028 NPC SOUTH, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**UNITED STATES**
**POSTAL SERVICE**

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| |
| Intended Recipient: |
| |
| DALTONIAN FLOORING, INC.  (D007) |
| C/O R MIKE WITHROCK |
| 402 W CUYLER ST |
| DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002444.  The delivery record shows that this item was delivered on May 22, 2017 at 4:46 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

UNITED STATES
POSTAL SERVICE

| UJS Information |
| --- |

Case Number: 13-CV-2017-900049.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:

 MOHAWK GROUP, INC.  (D026)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE 19808

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on
your Certified Mail™/RRE item number 92148901730141131700002635.  The delivery
record shows that this item was delivered on May 22, 2017 at 2:36 pm in WILMINGTON,
DE  19808. The scanned image of the recipient information is provided below.

Signature of Recipient :    

Address of Recipient :    

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEASLEY JERE LOCKE
      jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ENGINEERED FLOORS, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
      C/O WILLIAM L WELCH
      2042 MONTREAT DR
      BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:    J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D011 ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
     rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DYSTAR, L.P. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST NE
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ORIENTAL WEAVERS USA, INC. (PRO SE)
      C/O AHMED SALAMA
      3252 LOWER DUG GAP RD
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   S & S MILLS, INC. (PRO SE)
      C/O ROBERT G MCCURRY
      402 SELVIDGE ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D013 EMERALD CARPETS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
     C/O R MIKE WITHROCK
     402 W CUYLER ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
     CT CORPORATION SYSTEM
     1201 PEACHTREE ST NE
     ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK INDUSTRIES, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:    TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D007 DALTONIAN FLOORING, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEASLEY JERE LOCKE
      jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   COFER GRANT MAXWELL
      grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
     CT CORPORATION SYSTEM
     2 N JACKSON ST SUITE 605
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
     C/O JERRY NEALEY
     515 MIRACLE DR
     ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DYSTAR, L.P. (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST NE
      ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D026 MOHAWK GROUP, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

UNITED STATES
POSTAL SERVICE.

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| S & S MILLS, INC.  (D030) |
| C/O ROBERT G MCCURRY |
| 402 SELVIDGE ST |
| DALTON, GA 30720 |

Date: May 22, 2017

Circuit Clerk:

The following is in response to your May 22, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002673.  The delivery record shows that this item was delivered on May 22, 2017 at 1:35 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DEPENDABLE RUG MILLS, INC. (PRO SE)
      C/O JERRY NEALEY
      515 MIRACLE DR
      ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ENGINEERED FLOORS, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H HOWALT, III
      1400 TIARCO DR
      DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/22/2017

D030 S & S MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637




```
+-----------------------------------------------+
|              UJS Information                  |
|                                               |
|  Case Number: 13-CV-2017-900049.00            |
|  Document Type: Complaint                     |
|  Restricted Delivery Requested: No            |
|                                               |
|  Intended Recipient:                          |
|                                               |
|   DORSETT INDUSTRIES, INC.  (D009)            |
|  C/O BRYAN C. MACON                            |
|  1304 MAY ST                                  |
|  DALTON, GA 30721                             |
+-----------------------------------------------+
```

Date: May 23, 2017

Circuit Clerk:

The following is in response to your May 23, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002468.  The delivery record shows that this item was delivered on May 23, 2017 at 8:11 am in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :                    *Ellen Gallman*

*Ellen Gallman*

Address of Recipient :

*Po Box 805*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: 3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
      C/O JAMES L ORR
      601 CALLAHAN RD
      DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D009 DORSETT INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



UNITED STATES
POSTAL SERVICE.

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| |
| Intended Recipient: |
| |
| J&J INDUSTRIES, INC.  (D020) |
| C/O JAMES E BETHEL |
| 615 VALLEY DR |
| DALTON, GA 30720 |

Date: May 23, 2017

Circuit Clerk:

The following is in response to your May 23, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002574.  The delivery record shows that this item was delivered on May 23, 2017 at 2:54 pm in DALTON, GA 30720. The scanned image of the recipient information is provided below.

Signature of Recipient :

*J.E. Bethel*

Address of Recipient :

*615 Valley DR*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
      jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   APRICOT INTERNATIONAL, INC. (PRO SE)
C/O GUY BINETTE
215 WEST AVENUE
DALTON, GA, 30722-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
     C/O R MIKE WITHROCK
     402 W CUYLER ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORP. SYSTEMS
1201 PEACHTREE ST NE
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREE ST #1240
ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
      CT CORPORATION SYSTEM
      1201 PEACHTREE ST #1240
      ATLANTA, GA, 30361-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
1201 PEACHTREET ST NE
ATLANTA, GA, 30361-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/23/2017

D020 J&J INDUSTRIES, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

ELECTRONICALLY FILED
5/24/2017 11:26 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET MILLS, INC.; and FICTITIOUS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO:

_____

*TRIAL BY JURY REQUESTED*

DOCUMENT 63

**DEFENDANTS A-J, those persons,**            )
**corporations, partnerships or entities**    )
**who acted either as principal or agent,**   )
**for or in concert with the other named**    )
**Defendants and/or whose acts caused or**    )
**contributed to the damages sustained by**   )
**the Plaintiff, whose identities are**       )
**unknown to the Plaintiff, but which will**  )
**be substituted by amendment when**          )
**ascertained,**                              )

      **Defendants.**

## COMPLAINT

Plaintiff,  The Water Works and Sewer Board of the City of Centre ("Centre Water"),

brings this Complaint against Defendants 3M Company, Aladdin Manufacturing Corporation,

Apricot International, Inc., ArrowStar, LLC,  Beaulieu Group LLC, Beaulieu of America, Inc.,

Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc.,  Dystar, L.P.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, E.I. DuPont De Nemours and Company,

Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Harcros Chemical, Inc.,

Indian Summer Carpet Mills, Inc., Industrial Chemicals, Inc., J&J Industries, Inc., Kraus USA,

Inc. (f/k/a Barrett Carpet Mills, Inc.),  Lexmark Carpet Mills Inc., Lyle Industries, Inc., MFG

Chemical, Inc., Milliken & Company, Mohawk Carpet LLC, Mohawk Group, Inc., Mohawk

Industries, Inc., NPC South, Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills

Group, LLC, Shaw Industries, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, The Dixie

Group, Inc., Textile Rubber and Chemical Company, Inc. and Victor Carpet Mills, Inc.

("Defendants"), and allege as follows:

## STATEMENT OF THE CASE

1.    Plaintiff, Centre Water, has and continues to be damaged due to the negligent,

willful, and wanton conduct of the Named and Fictitious Defendants, as well as nuisance and

trespass caused by the Defendants' past and present release of toxic chemicals, including perfluorinated compounds ("PFCs"), including, but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), precursors to PFOA and PFOS, and related chemicals from their manufacturing facilities in and around the City of Dalton, Georgia.

2.      Centre Water provides drinking water directly to its own residential and commercial customers in Cherokee County. Centre Water utilizes the Coosa River as its raw water source, specifically drawing its source water from Weiss Lake in the Coosa River Basin.

3.      Named and Fictitious Defendants operate, or supply chemical products to, manufacturing facilities located upstream of Centre Water's intake site, in or near the City of Dalton, Georgia. Named and Fictitious Defendants use chemical compounds that contain or degrade into PFCs, including, but not limited to PFOA and PFOS at their facilities to impart water, stain, and grease resistance to their carpet and other textile products. Industrial wastewater discharged from Named and Fictitious Defendants' manufacturing plants contains high levels of PFCs, including, but not limited to, PFOA and PFOS. These chemicals resist degradation during processing at Dalton Utilities' wastewater treatment center and contaminate the Conasauga River. The Conasauga River is one of the Coosa River's five major tributaries.

4.      Named and Fictitious Defendants' toxic chemicals have contaminated the water in the Coosa River at Centre Water's intake site, and the chemicals cannot be removed by the water treatment processes Centre Water currently utilizes.

5.      As a direct and proximate result of Named and Fictitious Defendants' contamination of the Plaintiff's raw water source, Centre Water has suffered substantial economic and consequential damage, including, but not limited to, expenses associated with the future installation and operation of a filtration system capable of removing the Named and Fictitious

Defendants' chemicals from the water; expenses incurred to monitor PFC contamination levels; expenses incurred to purchase water from Cherokee County Water Authority; and lost profits and sales.

6.      Wherefore, Plaintiff Centre Water seeks compensatory and punitive damages to the fullest extent allowed by award from a jury. Plaintiff also seeks equitable and injunctive relief compelling the Named and Fictitious Defendants to remediate their contamination and prevent additional releases of PFCs and other toxic chemicals, including, but not limited to PFOS and PFOA, into Centre Water's raw water source.

## JURISDICTION

7.      Jurisdiction is proper in this Court pursuant to ALA. CODE §12-11-30(1)(1975), as Plaintiff's claims exceed $10,000.

8.      Plaintiff asserts no federal cause of action in this Complaint.

## PARTIES

9.      Plaintiff Centre Water is a domestic municipal corporation formed pursuant to Ala. Code §11-50-230, with its principal place of business in Cherokee County, Alabama.

10.     Defendant 3M Company ("3M") is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

11.     Defendant Aladdin Manufacturing Corporation is a foreign corporation qualified to do business in Cherokee County, Alabama.

12.     Defendant Apricot International, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

13.     Defendant Arrowstar, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

4

14.     Defendant Beaulieu Group LLC is a foreign corporation causing injury in Cherokee County, Alabama.

15.     Defendant Beaulieu of America, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

16.     Defendant Daltonian Flooring, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

17.     Defendant Dependable Rug Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

18.     Defendant E.I. du Pont de Nemours and Company is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

19.     Defendant Dorsett Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

20.     Defendant Dystar, L.P., is a foreign corporation causing injury in Cherokee County, Alabama.

21.     Defendant ECMH, LLC d/b/a Clayton Miller Hospitality Carpets is a foreign corporation causing injury in Cherokee County, Alabama.

22.     Defendant Emerald Carpets, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

23.     Defendant Engineered Floors, LLC is a foreign corporation causing injury in Cherokee County Alabama.

24.     Defendant Fortune Contract, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

25.    Defendant Harcros Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

26.    Defendant Indian Summer Carpet Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

27.    Defendant Industrial Chemicals, Inc., is a domestic corporation with its principal place of business in Birmingham, Alabama, and is causing injury in Cherokee County, Alabama.

28.    Defendant J&J Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

29.    Kraus USA, Inc. is a foreign corporation causing injury in Cherokee County, Alabama.

30.    Defendant Lexmark Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

31.    Defendant Lyle Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

32.    Defendant MFG Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

33.    Milliken & Company is a foreign corporation causing injury in Cherokee County, Alabama.

34.    Defendant Mohawk Carpet, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

35.    Defendant Mohawk Group, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

36.     Defendant Mohawk Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

37.     Defendant NPC South, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

38.     Defendant Oriental Weavers USA, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

39.     Defendant S&S Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

40.     Defendant Savannah Mills Group, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

41.     Defendant Shaw Industries, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

42.     Defendant Tandus Centiva, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

43.     Defendant Tandus Centiva US, LLC, is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

44.     Defendant The Dixie Group, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

45.     Defendant Textile Rubber & Chemical Co., Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

46.     Defendant Victor Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

47.     Fictitious Defendants A, B, C, D, E, F, G, H, I, & J are those persons, corporations, partnerships, or entities who discharged PFCs and their precursor compounds, including, but not limited to PFOA, PFOS and related chemicals into the water supply upstream of Centre Water's water intake site, who acted either as principal or agent, for or in concert with the named Defendants, and/or who acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to Plaintiff, but which will be substituted by amendment when ascertained.

## FACTUAL ALLEGATIONS

48.     The City of Dalton, Georgia, contains over 150 carpet manufacturing plants, and more than 90% of the world's carpet is produced within a 65-mile radius of the city. These manufacturing plants have used PFOA, PFOS, and other related chemicals in the stain-resistant carpeting manufacturing process.

49.     Defendants are owners and operators of, or the chemical suppliers to, manufacturing facilities in and around Dalton, Georgia, which utilize various PFCs and their precursors in the manufacturing process. Defendants discharge PFCs, including, but not limited to PFOA, PFOS, their precursors and related chemicals in their industrial wastewater, which is then treated by Dalton Utilities wastewater treatment plants before being pumped to a 9,800-acre Land Application System ("LAS") where it is sprayed onto the property.

50.     PFCs including, but not limited to, PFOA and PFOS, resist degradation during the treatment process utilized by Dalton Utilities and increase in concentration as waste accumulates in the LAS. The LAS is bordered by the Conasauga River, and runoff contaminated with PFCs pollutes the river as it flows past the LAS.

51.     The United States Environmental Protection Agency ("EPA") has identified industrial wastewater from defendants' manufacturing facilities as the source of PFCs including, but not limited to, PFOA and PFOS being applied to the LAS and entering the Conasauga River.

52.     The human health risks caused by exposure to low levels of PFCs such as PFOA, PFOS, and related chemicals include testicular cancer, kidney cancer, ulcerative colitis, thyroid disease, high cholesterol, and pregnancy-induced hypertension. The stable carbon-fluorine bonds that make PFOA and PFOS so pervasive in industrial and consumer products also results in their environmental persistence, as there is no known environmental degradation mechanism for these chemicals. They are readily absorbed into biota and have a tendency to accumulate with repeated exposure.

53.     The association of exposure to these chemicals and certain cancers has been reported by the C8 Health Project, an independent Science Panel charged with reviewing the evidence linking PFOA, PFOS, and related chemicals to the risk of disease. The C8 Panel determined that kidney and testicular cancers have a "probable link" to PFOA exposure. Epidemiological studies of workers exposed to PFOA support the association between PFOA exposure and kidney and testicular cancers. These studies also suggest associations between PFOA exposure and prostate and ovarian cancers and non-Hodgkin lymphoma. Rodent studies also support the link with cancer. The majority of a United States Environmental Protection Agency ("EPA") Science Advisory Board expert committee recommended in 2006 that PFOA be considered "likely to be carcinogenic to humans."

54.     Defendant 3M Company has long been aware of the persistence and toxicity of PFOA, PFOS, and related chemicals, yet it knowingly and intentionally continued to promote and sell these chemicals to the carpet and textile manufacturing industry. Blood tests of 3M workers

conducted in 1978 found elevated organic fluorine levels proportionate to the length of time the employees had spent in production areas. Furthermore, a 1979 3M study of the effects of fluorochemical compounds on Rhesus monkeys was terminated after only 20 days after every monkey, at every dosage level, died from exposure to the chemicals.

55.     Defendant 3M Company has also known for at least 14 years that PFCs including, but not limited to, PFOA, PFOS, and related chemicals are not effectively treated by conventional wastewater treatment plant processes after finding high concentrations of these chemicals in samples taken from the effluent of a wastewater treatment plant located only a few miles downstream from one of its production facilities.

56.     The EPA took regulatory action on March 11, 2002, and December 9, 2002, by publishing two significant new use rules under the Toxic Substances Control Act to limit the future manufacture and use of PFOA, PFOS, and related chemicals.

57.     The State of New Jersey adopted a drinking water health advisory in 2006 for PFOA that is 0.04 ppb.

58.     The EPA in 2009 published provisional drinking water health advisories for PFOA and PFOS, the limits being 0.4 ppb for PFOA and 0.2 ppb for PFOS.

59.     More recent studies have shown that the 2009 EPA advisory limits were far too high. In 2014, the EPA released a draft of its proposed "reference dose" for PFOA, which is an estimate of how much a person could safely consume daily over their lifetime. That proposed reference dose translated to a limit of 0.1 ppb for PFOA, which was one-quarter the 2009 advisory level.

60.     In May 2016, the EPA issued a new drinking water health advisory for PFOA and PFOS, warning that exposure to elevated levels of these compounds can lead to a number of health

problems, such as cancer in adults and developmental effects in fetuses and breastfed infants. This advisory stated that, in order to provide a margin of protection from lifetime exposure to PFOA and PFOS in drinking water, the combined concentration of these chemicals should be no greater than 0.07 ppb. The EPA health advisory was based on peer-reviewed studies of the effects of PFOA and PFOS on laboratory animals, as well as epidemiological studies of human populations exposed to these chemicals.

61.    Centre Water began regular testing for PFOA and PFOS in its water supply following the issuance of the May 2016 EPA health advisory, and has consistently found PFOA and PFOS levels that combine to meet or exceed the 0.07 ppb limit.

62.    Centre Water's current water filtration system is not capable of removing or reducing levels of PFCs including, but not limited to PFOA and PFOS.

63.    Due to the high levels of PFOA and PFOS found in its water supply, Centre Water has and will continue to purchase water from the Cherokee County Water Authority resulting in additional expenses and lost profits.

64.    As a direct and proximate result of Defendants' contamination of Plaintiff's water supply, Centre Water has been damaged, including, but not limited to, past and future monitoring and testing expenses, lost revenues and profits, expenses in purchasing water from other water providers, and expenses in remediating, operating and maintaining its water system.

## COUNT ONE
### Negligence

65.    Plaintiff incorporates all prior paragraphs by reference as if fully set forth herein.

66.    Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of

toxic chemicals including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

67.    Named and Fictitious Defendants breached the duty owed to Plaintiff, and under the circumstances, Defendants' breaches constitute negligent, willful, and/or reckless conduct.

68.    As a direct, proximate, and foreseeable result of the Named and Fictitious Defendants' conduct, practices, actions, and inactions, Centre Water has incurred expenses and will incur reasonably ascertainable expenditures in the future.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT TWO
### Public Nuisance

69.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

70.    Plaintiff Centre Water owns and occupies property used to serve its water customers, including a water treatment plant, water distribution system, and offices.

71.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

72.    The specific damages incurred by Plaintiff include, but are not limited to, expenses associated with the future installation and operation of a filtration system capable of removing Named and Fictitious Defendants' chemicals from the water; expenses incurred to monitor PFC

contamination levels; expenses incurred to purchase water from the Cherokee County Water Authority; and lost profits and sales. These special damages are unique to Centre Water.

73.    In addition to the special damages sustained by Plaintiff, the levels of toxic chemical contamination found in the Plaintiff's water supply, directly caused by the Named and Fictitious Defendants' pollution, have created a condition that threatens the health and well-being of Centre Water's customers.

74.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would place, and have placed, the Plaintiff at risk of harm. The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT THREE
### Private Nuisance

75.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

76.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

77.    The contamination of the water at Centre Water's intake site constitutes a private nuisance depriving Centre Water of its ability to deliver clean and uncontaminated water to its customers.

78.     It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would contaminate, and have contaminated, the water at Plaintiff's intake site.  The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

79.     WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FOUR
### Trespass

80.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

81.     Plaintiff Centre Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

82.     Named and Fictitious Defendants' intentional acts in discharging PFOA, PFOS, and related chemicals, knowing that they would contaminate the water supply and flow downstream, caused an invasion of Plaintiff's property by Defendants' chemicals, which has affected and is affecting Plaintiff's interest in the exclusive possession of its property.

83.     Plaintiff did not consent to the invasion of its property by Named and Fictitious Defendants' chemicals.

84.     Named and Fictitious Defendants knew or should have known that their discharges of PFOA, PFOS, and related chemicals could contaminate the water supply and result in an invasion of Plaintiff's possessory interest in their property.

85.     Named and Fictitious Defendants' trespass is continuing.

86.     Named and Fictitious Defendants' continuing trespass has impaired Plaintiff's use of its property and has caused it damages by diminishing its value.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

<u>COUNT FIVE</u>
**Wantonness and Punitive Damages**

87.     Plaintiff re-alleges all prior paragraphs as if restated herein.

88.     Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of PFCs and their precursors, including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

89.     In breaching the duties described above, Named and Fictitious Defendants acted in a wanton, willful, and reckless manner.

90.     Named and Fictitious Defendants knew or should have known the danger to Plaintiff created by Defendants' conduct, practices, actions, and inactions.

91.     Named and Fictitious Defendants knew or should have known of the likely impact, harm, damage, and injury their conduct would have on the Plaintiff.

92.     Named and Fictitious Defendants' conduct, practices, and inactions evidence Defendants' reckless disregard for Plaintiff's property.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for punitive damages against all Defendants, both named and fictitious, jointly and severally, in an amount to

be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

### COUNT SIX
**Injunctive Relief**

93.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

94.     Plaintiff requests that this Court enter an Order enjoining Named and Fictitious Defendants from continuing the conduct described above and requiring Named and Fictitious Defendants to take all steps necessary to remove their chemicals from Plaintiff's water supplies and property.

95.     There is continuing irreparable injury to Plaintiff if an injunction does not issue, as Named and Fictitious Defendants' chemicals in its water supplies pose a continuing threat to Plaintiff's property interests, and there is no adequate remedy at law.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands injunctive relief against all Defendants, both named and fictitious, jointly and severally, requiring Defendants to remove their chemicals from Plaintiff's water system and to prevent these chemicals from continuing to contaminate Plaintiff's water supply.

### RELIEF DEMANDED

Wherefore, Centre Water respectfully requests this Court grant the following relief:

a)      Award Plaintiff damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out of pocket expenses, lost profits and sales, and future expenses;

b)      Issue an injunction requiring Named and Fictitious Defendants to remove their chemicals from Plaintiff's water supply and to prevent these chemicals from continuing to contaminate Plaintiff's water supply;

16

c) Award attorney fees and costs and expenses incurred in connection with the litigation of this matter;

d) Award such other and further relief as this Court may deem just, proper, and equitable.

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

Dated: May 25, 2017

<div style="text-align: right">

Respectfully submitted,

 s/ Rhon E. Jones        
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (STR021)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

</div>

17

DOCUMENT 64

ELECTRONICALLY FILED
5/24/2017 11:26 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO: |
| | ) _____ |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MILLS, INC.; and FICTITIOUS )
DEFENDANTS A-J, those persons, )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are )
unknown to the Plaintiff, but which will )
be substituted by amendment when )
ascertained, )

      Defendants.


**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), and propounds its First Set of Requests for Production to Defendants Aladdin Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken & Company, Mohawk Carpet, LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## <u>INSTRUCTIONS</u>

1.    Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.    If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.    If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.    Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.    If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.    If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.    If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, CentreWater.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## REQUESTS FOR PRODUCTION

1.      Please produce all documents identified in or relied upon by you in your responses to Plaintiff's First Set of Interrogatories to all Defendants.

2.      Please produce a chart showing your organizational structure.

3.      Please produce copies of your document retention policies.

4.      Please produce copies of all insurance policies under which you are or may be insured for liability with respect to the occurrences complained of in this action.

5.      Please produce copies of all documents that mention, refer to, reflect or relate to the volume or other quantity of chemical products used by you in your manufacturing processes at your facilities located in Whitfield County, Georgia.

6.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of chemical products.

7.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of PFCs, specifically including, but not limited to, PFOA and PFOS.

8.      Please produce copies of any and all documents that reference, memorialize, relate to, or Concern your knowledge of the human health risks caused by exposure to PFCs, specifically including, but not limited to, PFOA and PFOS.

9.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern your knowledge of the environmental persistence of PFOA and PFOS.

10.     Please produce copies of any and all documents that reference, memorialize, relate to, or concern any testing performed on the wastewater discharged from your facilities in Whitfield County, Georgia.

11.     Please produce copies of any and all documents that reference, memorialize, relate to, or concern the volume of wastewater discharged from your facilities in Whitfield County, Georgia.

12.     Please produce copies of any and all Documents that reference, memorialize, relate to, or concern your knowledge of any surface water testing performed on the Conasauga River to determine PFC concentration levels.

13.     Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other documents, concerning the occurrences complained of in this action.

14.     Please produce a list identifying any person from whom you have purchased PFCs or their precursors, identifying the products purchased and the intended use of such products.

15.     Please produce all manuals, booklets, instructions, pamphlets, data sheets, or other Documents pertaining to your use and/or disposal of PFCs.

16.     Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the Georgia Department of Natural Resources ("GDNR").

17.     Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the United States Environmental Protection Agency ("EPA").

18.     Produce copies of all permits related to the discharge of wastewater from any facility owned or operated by you in Whitfield County, Georgia.

19.     Produce all documents related to notices, permit non-compliance, citations, investigations or legal actions arising from the production or discharging of wastewater from any of your manufacturing facilities in Whitefield County, Georgia.

DOCUMENT 64

20.     Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

21.     Please produce all documents or other information, either used, reviewed or relied upon by your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

22.     Please produce all written documents your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

Dated: May ___, 2017.

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 65

ELECTRONICALLY FILED
5/24/2017 11:26 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO:

_____

DOCUMENT 65

**MILLS, INC.; and FICTITIOUS** )
**DEFENDANTS A-J, those persons,** )
**corporations, partnerships or entities** )
**who acted either as principal or agent,** )
**for or in concert with the other named** )
**Defendants and/or whose acts caused or** )
**contributed to the damages sustained by** )
**the Plaintiff, whose identities are** )
**unknown to the Plaintiff, but which will** )
**be substituted by amendment when** )
**ascertained,** )

   **Defendants.**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS 3M COMPANY, INC., ARROWSTAR, LLC, DYSTAR, L.P., E.I. DUPONT DE NEMOURS AND COMPANY, HARCROS CHEMICAL, INC., INDUSTRIAL CHEMICALS, INC., MFG CHEMICAL, INC., AND TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

**COMES NOW**, Plaintiff, The Water Works and Sewer Board of the Town of Centre ("Centre Water"), and propounds its First Set of Interrogatories and First Request for Production of Documents on Defendants 3M Company, Inc., ArrowStar, LLC, Dystar, L.P., E.I. DuPont De Nemours and Company, Harcros Chemical, Inc., Industrial Chemicals, Inc., MFG Chemical, Inc., and Textile Rubber and Chemical Company, Inc. Plaintiff makes the following requests:

## INSTRUCTIONS

1.     Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.     If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.     If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the

current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic

media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the Defendants, 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.     State the inclusive dates during which you have sold or delivered chemical products to manufacturing facilities located in Whitfield County, Georgia.

2.     State the inclusive dates that you have maintained sales or distribution offices in Whitfield County, Georgia, and the physical address of each location.

3.     Identify each Defendant named in the Complaint in this matter to whom this Defendant has sold or supplied chemical products in Dalton, Georgia.

4.     For each Defendant identified in the immediately preceding interrogatory, identify the name and type of chemical product sold, the dates the chemical products were sold, the volume or other measure of the amount of chemical products sold on each date identified, and the purpose for which the products were to be used.

5.     State the name and address of each manufacturing facility located in Whitfield County, Georgia to which you have sold chemical products.

6.     For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume or other measure of the amount of products sold on each date identified, and the purpose for which the products were to be used.

7.     Identify each defendant named in the complaint in this matter to whom you sold chemical products that were used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

8.     For ever entity identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the chemical product and the total volume or other measurement of the amount of the product sold during that period

9.     Identify each chemical product sold or delivered by you to any manufacturing facility located in Whitfield County Georgia that was intended to be used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

10.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

11.     Identify each defendant named in the complaint in this matter to whom you sold chemical products that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

12.     For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume of products sold on each date identified and the purpose for which the product is used.

13.     Identify each chemical product sold by you to any entity with manufacturing facilities in Whitfield County Georgia that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

14.     For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

15.     Identify each water treatment facility in Whitfield County, Georgia that you have provided chemicals.

16.     For each entity in the immediately preceding interrogatory, identify the chemical that was provided, the amount that was provided, and the purpose for which it was provided.

## REQUEST FOR PRODUCTION

1.     All documents that mention, refer, reflect or relate to the identity of products sold; the volume or other measure of the amount of products sold; the identity of the entities to whom the products were sold; and the dates that the products were sold for the entities and chemical products identified in your responses to the above interrogatories.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)

Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 66

ELECTRONICALLY FILED
5/24/2017 11:26 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO:

_____

**MILLS, INC.; and FICTITIOUS** )
**DEFENDANTS A-J, those persons,** )
**corporations, partnerships or entities** )
**who acted either as principal or agent,** )
**for or in concert with the other named** )
**Defendants and/or whose acts caused or** )
**contributed to the damages sustained by** )
**the Plaintiff, whose identities are** )
**unknown to the Plaintiff, but which will** )
**be substituted by amendment when** )
**ascertained,** )

   **Defendants.**


**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**


  **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), and propounds its First Set of Interrogatories to Defendants Aladdin Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken & Company, Mohawk Carpet, LLC, Mohawk Group, LLC, Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## <u>INSTRUCTIONS</u>

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

3

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.    State the name, address, job title and duties of the person(s) answering, aiding, or who was consulted or supplied information upon which answers to these interrogatories are based and state the place where these interrogatories are answered.

2.    State the name of each chemical product, and the name of the manufacturer of each chemical product, used in Your manufacturing facilities in Whitfield County, Georgia, that were intended to provide stain resistance in Your products, and identify the type of products that You manufactured using these chemical products.

3.    Identify the inclusive dates during which any chemical products identified in Your response to Interrogatory #2 were used in Your manufacturing processes, as well as the name and address of each facility where the chemical product was used.

4.    Identify each manufacturing facility currently or formerly owned or operated by You in Whitfield County, Georgia, which chemical products were used, and the inclusive dates during which chemical products were used at each facility, as well as when each facility was in operation.

5.    With regard to any facility identified in response to Interrogatory #4, state the name of each chemical product utilized at that facility and list the inclusive dates during which each chemical product was used.

6.    With regard to any facility identified in response to Interrogatory #4, state whether waste water resulting from the manufacturing process was pre-treated prior to disposal or discharge to a waste water system, and describe in detail any such process used to pre-treat waste water at each facility.

7.      State whether You have entered into any contract or other agreement with Dalton Utilities to pre-treat your industrial wastewater prior to disposal.

8.      State the name of the wastewater treatment system provider for each of your manufacturing facilities in Whitfield County, Georgia, and the inclusive dates that each waste water treatment system was utilized by each facility.

9.      State whether any waste from any of your manufacturing facilities in Whitfield County, Georgia, has been discharged to the environment in any manner other than through a municipal wastewater system, describing with specificity and detail the nature and extent of any such discharge(s).

10.     State the name and address of any manufacturing facility not located in Whitfield County, Georgia, owned or operated by you that discharged wastewater directly into the environment or into a wastewater treatment system that discharges into any tributary of the Coosa River, and identify the inclusive dates during which any such discharges occurred.

11.     Identify any entity not named as a party to this action that has caused or contributed to causing perfluorinated compounds ("PFC"), including but not limited to perfluorooctanoic acid ("PFOA") and perfluorooctanoic sulfonate ("PFOS"), to enter the Consauga River, or any other tributary of the Coosa River.

12.     State whether you are aware that the use of certain stain resistance products in your manufacturing process may have resulted in the presence of PFOA and/or PFOS in the Consauga River, and if answering in the affirmative, state when you gained this awareness.

13.     State with specificity and in detail any action or activity you have undertaken to reduce the use of any chemical products in your manufacturing process, when those actions or activities were undertaken, and your reason(s) for undertaking those actions or activities.

6

14.    State with specificity and detail all knowledge you have regarding any investigation

by any governmental agency regarding the release of PFOA and/or PFOS from the Dalton Utilities

Industrial Wastewater System, including the date the knowledge was obtained.

Dated: May ___, 2017.

<div style="margin-left: 40%;">

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

</div>



AlaFile E-Notice

13-CV-2017-900049.00

To:   RHON E. JONES
      rhon.jones@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:      5/24/2017 11:26:45 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0029 01

*100 MAIN STREET*
*CENTRE, AL, 35960*

**13-CV-2017-900049.00**

To:  THE DIXIE GROUP, INC.
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:     5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





9214 8901 7301 4113 1700 0029 18

*100 MAIN STREET*
*CENTRE, AL, 35960*

**13-CV-2017-900049.00**

To:  LEXMARK CARPET MILLS, INC.
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:     5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

100 MAIN STREET
CENTRE, AL, 35960

9214 8901 7301 4113 1700 0029 25

**13-CV-2017-900049.00**

To: DYSTAR, L.P.
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:     5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0029 32

*100 MAIN STREET*
*CENTRE, AL, 35960*

13-CV-2017-900049.00

To:  MILLIKEN & COMPANY
     CT CORPORATION SYSTEM
     289 S CULVER ST
     LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
### 13-CV-2017-900049.00

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:     5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

100 MAIN STREET
CENTRE, AL, 35960

**9214 8901 7301 4113 1700 0029 49**

**13-CV-2017-900049.00**

To: TANDUS CENTIVA, INC.
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date: 5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637





USPS CERTIFIED MAIL

9214 8901 7301 4113 1700 0029 56

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: APRICOT INTERNATIONAL, INC.
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE 19808

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:     5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637



USPS CERTIFIED MAIL

100 MAIN STREET
CENTRE, AL, 35960

9214 8901 7301 4113 1700 0029 63

**13-CV-2017-900049.00**

To:  TANDUS CENTIVA US, LLC
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA 30046

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/24/2017 11:26:45 AM

Notice Date:      5/24/2017 11:26:45 AM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** THE DIXIE GROUP, INC., CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     *(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** LEXMARK CARPET MILLS, INC., CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046
<div align="center"><em>(Name and Address of Defendant)</em></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES
<div align="center"><em>[Name(s) of Attorney(s)]</em></div>

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103
<div align="center"><em>[Address(es) of Plaintiff(s) or Attorney(s)]</em></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN
<div align="right"><em>[Name(s)]</em></div>

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES
<div align="center"><em>(Plaintiff's/Attorney's Signature)</em></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
<div align="center"><em>(Date)</em></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<div align="center"><em>(Name of Person Served)</em>     <em>(Name of County)</em></div>

Alabama on _____ .
<div align="center"><em>(Date)</em></div>

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | _____ | _____ |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** DYSTAR, L.P., CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on

*(Date)*

_____          _____          *(Address of Server)*
*(Type of Process Server)*       *(Server's Signature)*

_____          _____
                                 *(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** MILLIKEN & COMPANY, CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____          _____

*(Server's Printed Name)*     *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

NOTICE TO: TANDUS CENTIVA, INC., CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                          ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                               .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                      County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on                               .

*(Date)*

_____        _____        _____
*(Type of Process Server)*              *(Server's Signature)*                    *(Address of Server)*

_____        _____
*(Server's Printed Name)*               *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** APRICOT INTERNATIONAL, INC., THE COMPANY CORPORATION 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                              County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on

*(Date)*

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

NOTICE TO: TANDUS CENTIVA US, LLC, CT CORPORATION SYSTEM 289 S CULVER ST, LAWRENCEVILLE, GA 30046

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                         ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/24/2017 11:26:45 AM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                          County,

*(Name of Person Served)*                                 *(Name of County)*

Alabama on                                          .

*(Date)*

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

*(Server's Printed Name)*        *(Phone Number of Server)*



ELECTRONICALLY FILED
5/24/2017 4:08 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE
# COUNTY ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER<br>BOARD OF THE TOWN OF CENTER | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 13-CV-2017-900049.00-JST |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff, The Water Works and Sewer Board of The Town of Centre, and

defendant Mohawk Group, Inc., by and through their attorneys of record, and hereby stipulate

to the dismissal of defendant Mohawk Group, Inc. with prejudice

May 24,2017          s/Rhon E. Jones

Rhon E. Jones
Beasley, Allen, Crow, Methvin, Portis
& Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103
Ph. (256) 332-6966
Fax (256) 332-2800
Email: Rhon.Jone@beasleyallen.com
Counsel for The Water Works and Sewer Board
of the Town of Centre

_s/Alfred F. Smith, Jr._____
Alfred F. Smith, Jr.
Sela S. Blanton
Bainbridge, Mims, Rogers, and Smith, LLP
600 Luckie Drive
Birmingham, Alabama 35223
Ph: (205) 879-1100;
Fax: (205) 879-4300
E-mail: asmith@bainbridgemims.com
        sblanton@bainbridgemims.com
Counsel for Mohawk Group, Inc.

2

## **CERTIFICATE OF SERVICE**

I certify that this document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 24th  day of May, 2017.


  s/Rhon E. Jones

Rhon E. Jones



AlaFile E-Notice

13-CV-2017-900049.00

To:   RHON E. JONES
      rhon.jones@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
     THE CORPORATION COMPANY
     60 COMMERCE ST
     MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ARROWSTAR, LLC (PRO SE)
     C/O KEVIN HARRIS
     530 N ELM ST
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     C/O R MIKE WITHROCK
     402 W CUYLER ST
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:    5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DORSETT INDUSTRIES, INC. (PRO SE)
     C/O BRYAN C. MACON
     1304 MAY ST
     DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:    5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
     C/O JAMES L ORR
     601 CALLAHAN RD
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  INDUSTRIAL CHEMICALS, INC. (PRO SE)
     C/O WILLIAM L WELCH
     2042 MONTREAT DR
     BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ORIENTAL WEAVERS USA, INC. (PRO SE)
     C/O AHMED SALAMA
     3252 LOWER DUG GAP RD
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:    5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:    TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:    5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:      5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  VICTOR CARPET MILLS, INC. (PRO SE)
     ELIZABETH AHLUWALIA
     1505 CORONET DR
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:     5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   RHON E. JONES
       rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following STIPULATION OF DISMISSAL was FILED on 5/24/2017 4:08:33 PM

Notice Date:       5/24/2017 4:08:33 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



## POSTAL SERVICE.

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| DEPENDABLE RUG MILLS, INC.  (D008) |
| C/O JERRY NEALEY |
| 515 MIRACLE DR |
| ROCKY FACE, GA 30740 |

Date: May 25, 2017

Circuit Clerk:

The following is in response to your May 25, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002451.  The delivery record shows that this item was delivered on May 25, 2017 at 9:38 am in ROCKY FACE, GA  30740. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
      C/O WILLIAM L WELCH
      2042 MONTREAT DR
      BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/25/2017

D008 DEPENDABLE RUG MILLS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**CERTIFIED MAIL**



**USPS CERTIFIED MAIL**



9214 8901 7301 4113 1700 0023 90

IAIN STREET
RE, AL, 35960

NIXIE    326    6Z 1        7205/22/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35960        2247N142083-02018

To: ALADDIN MANUFACTURING CORPORATION
THE CORPORATION COMPANY
60 COMMERCE ST
MONTGOMERY, AL 36104





AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
UNCLAIMED CERT MAIL

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
UNCLAIMED CERT MAIL

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
UNCLAIMED CERT MAIL

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
UNCLAIMED CERT MAIL

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
     PO BOX 4160
     MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
UNCLAIMED CERT MAIL

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

DOCUMENT 75

ELECTRONICALLY FILED
5/30/2017 12:13 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER            )
BOARD OF THE TOWN OF CENTRE,         )
                                      )
                                      )
         Plaintiff,                   )
                                      )
v.                                    )     CIVIL ACTION NO:
                                      )     _____
3M COMPANY; ALADDIN                   )
MANUFACTURING CORPORATION             )
APRICOT INTERNATIONAL, INC.;          )     *TRIAL BY JURY REQUESTED*
ARROWSTAR, LLC; BEAULIEU              )
GROUP, LLC, BEAULIEU OF               )
AMERICA, INC.; DALTONIAN              )
FLOORING, INC.; DEPENDABLE            )
RUG MILLS, INC.; DORSETT              )
INDUSTRIES, INC.; DYSTAR, L.P.;       )
ECMH, LLC d/b/a CLAYTON               )
MILLER HOSPITALITY CARPETS;           )
E.I. DU PONT DE NEMOURS AND           )
COMPANY; EMERALD CARPETS,             )
INC.; ENGINEERED FLOORS, LLC;         )
FORTUNUE CONTRACT, INC.;              )
HARCROS CHEMICAL, INC.; KRAUS         )
USA , INC. (f/k/a BARRETT CARPET      )
MILLS, INC); INDIAN SUMMER            )
CARPET MILLS, INC.; INDUSTRIAL        )
CHEMICALS, INC.; J&J                  )
INDUSTRIES, INC.; LEXMARK             )
CARPET MILLS, INC.; LYLE              )
INDUSTRIES, INC.; MFG                 )
CHEMICAL, INC.; MILLIKEN &            )
COMPANY; MOHAWK CARPET,               )
LLC;  MOHAWK GROUP, INC.;             )
MOHAWK INDUSTRIES, INC.; NPC          )
SOUTH, INC.; ORIENTAL WEAVERS         )
USA, INC.; S & S MILLS, INC.;         )
SAVANNAH MILLS GROUP, LLC;            )
SHAW INDUSTRIES, INC.; TANDUS         )
CENTIVA, INC.; TANDUS CENTIVA         )
US, LLC; THE DIXIE GROUP, INC.;       )
TEXTILE RUBBER AND CHEMICAL           )
COMPANY, INC.; VICTOR CARPET          )
MILLS, INC.; and FICTITIOUS           )

| | |
|---|---|
| **DEFENDANTS A-J, those persons,** | ) |
| **corporations, partnerships or entities** | ) |
| **who acted either as principal or agent,** | ) |
| **for or in concert with the other named** | ) |
| **Defendants and/or whose acts caused or** | ) |
| **contributed to the damages sustained by** | ) |
| **the Plaintiff, whose identities are** | ) |
| **unknown to the Plaintiff, but which will** | ) |
| **be substituted by amendment when** | ) |
| **ascertained,** | ) |

        **Defendants.**

## COMPLAINT

Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), brings this Complaint against Defendants 3M Company, Aladdin Manufacturing Corporation, Apricot International, Inc., ArrowStar, LLC, Beaulieu Group LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., Dystar, L.P., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, E.I. DuPont De Nemours and Company, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Harcros Chemical, Inc., Indian Summer Carpet Mills, Inc., Industrial Chemicals, Inc., J&J Industries, Inc., Kraus USA, Inc. (f/k/a Barrett Carpet Mills, Inc.), Lexmark Carpet Mills Inc., Lyle Industries, Inc., MFG Chemical, Inc., Milliken & Company, Mohawk Carpet LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South, Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, The Dixie Group, Inc., Textile Rubber and Chemical Company, Inc. and Victor Carpet Mills, Inc. ("Defendants"), and allege as follows:

## STATEMENT OF THE CASE

1.     Plaintiff, Centre Water, has and continues to be damaged due to the negligent, willful, and wanton conduct of the Named and Fictitious Defendants, as well as nuisance and

trespass caused by the Defendants' past and present release of toxic chemicals, including perfluorinated compounds ("PFCs"), including, but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), precursors to PFOA and PFOS, and related chemicals from their manufacturing facilities in and around the City of Dalton, Georgia.

2.     Centre Water provides drinking water directly to its own residential and commercial customers in Cherokee County. Centre Water utilizes the Coosa River as its raw water source, specifically drawing its source water from Weiss Lake in the Coosa River Basin.

3.     Named and Fictitious Defendants operate, or supply chemical products to, manufacturing facilities located upstream of Centre Water's intake site, in or near the City of Dalton, Georgia. Named and Fictitious Defendants use chemical compounds that contain or degrade into PFCs, including, but not limited to PFOA and PFOS at their facilities to impart water, stain, and grease resistance to their carpet and other textile products. Industrial wastewater discharged from Named and Fictitious Defendants' manufacturing plants contains high levels of PFCs, including, but not limited to, PFOA and PFOS. These chemicals resist degradation during processing at Dalton Utilities' wastewater treatment center and contaminate the Conasauga River. The Conasauga River is one of the Coosa River's five major tributaries.

4.     Named and Fictitious Defendants' toxic chemicals have contaminated the water in the Coosa River at Centre Water's intake site, and the chemicals cannot be removed by the water treatment processes Centre Water currently utilizes.

5.     As a direct and proximate result of Named and Fictitious Defendants' contamination of the Plaintiff's raw water source, Centre Water has suffered substantial economic and consequential damage, including, but not limited to, expenses associated with the future installation and operation of a filtration system capable of removing the Named and Fictitious

Defendants' chemicals from the water; expenses incurred to monitor PFC contamination levels; expenses incurred to purchase water from Cherokee County Water Authority; and lost profits and sales.

6.      Wherefore, Plaintiff Centre Water seeks compensatory and punitive damages to the fullest extent allowed by award from a jury. Plaintiff also seeks equitable and injunctive relief compelling the Named and Fictitious Defendants to remediate their contamination and prevent additional releases of PFCs and other toxic chemicals, including, but not limited to PFOS and PFOA, into Centre Water's raw water source.

## JURISDICTION

7.      Jurisdiction is proper in this Court pursuant to ALA. CODE §12-11-30(1)(1975), as Plaintiff's claims exceed $10,000.

8.      Plaintiff asserts no federal cause of action in this Complaint.

## PARTIES

9.      Plaintiff Centre Water is a domestic municipal corporation formed pursuant to Ala. Code §11-50-230, with its principal place of business in Cherokee County, Alabama.

10.     Defendant 3M Company ("3M") is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

11.     Defendant Aladdin Manufacturing Corporation is a foreign corporation qualified to do business in Cherokee County, Alabama.

12.     Defendant Apricot International, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

13.     Defendant Arrowstar, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

4

14.     Defendant Beaulieu Group LLC is a foreign corporation causing injury in Cherokee County, Alabama.

15.     Defendant Beaulieu of America, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

16.     Defendant Daltonian Flooring, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

17.     Defendant Dependable Rug Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

18.     Defendant E.I. du Pont de Nemours and Company is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

19.     Defendant Dorsett Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

20.     Defendant Dystar, L.P., is a foreign corporation causing injury in Cherokee County, Alabama.

21.     Defendant ECMH, LLC d/b/a Clayton Miller Hospitality Carpets is a foreign corporation causing injury in Cherokee County, Alabama.

22.     Defendant Emerald Carpets, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

23.     Defendant Engineered Floors, LLC is a foreign corporation causing injury in Cherokee County Alabama.

24.     Defendant Fortune Contract, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

25.     Defendant Harcros Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

26.     Defendant Indian Summer Carpet Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

27.     Defendant Industrial Chemicals, Inc., is a domestic corporation with its principal place of business in Birmingham, Alabama, and is causing injury in Cherokee County, Alabama.

28.     Defendant J&J Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

29.     Kraus USA, Inc. is a foreign corporation causing injury in Cherokee County, Alabama.

30.     Defendant Lexmark Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

31.     Defendant Lyle Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

32.     Defendant MFG Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

33.     Milliken & Company is a foreign corporation causing injury in Cherokee County, Alabama.

34.     Defendant Mohawk Carpet, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

35.     Defendant Mohawk Group, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

36.     Defendant Mohawk Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

37.     Defendant NPC South, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

38.     Defendant Oriental Weavers USA, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

39.     Defendant S&S Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

40.     Defendant Savannah Mills Group, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

41.     Defendant Shaw Industries, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

42.     Defendant Tandus Centiva, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

43.     Defendant Tandus Centiva US, LLC, is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

44.     Defendant The Dixie Group, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

45.     Defendant Textile Rubber & Chemical Co., Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

46.     Defendant Victor Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

47.     Fictitious Defendants A, B, C, D, E, F, G, H, I, & J are those persons, corporations, partnerships, or entities who discharged PFCs and their precursor compounds, including, but not limited to PFOA, PFOS and related chemicals into the water supply upstream of Centre Water's water intake site, who acted either as principal or agent, for or in concert with the named Defendants, and/or who acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to Plaintiff, but which will be substituted by amendment when ascertained.

## FACTUAL ALLEGATIONS

48.     The City of Dalton, Georgia, contains over 150 carpet manufacturing plants, and more than 90% of the world's carpet is produced within a 65-mile radius of the city. These manufacturing plants have used PFOA, PFOS, and other related chemicals in the stain-resistant carpeting manufacturing process.

49.     Defendants are owners and operators of, or the chemical suppliers to, manufacturing facilities in and around Dalton, Georgia, which utilize various PFCs and their precursors in the manufacturing process. Defendants discharge PFCs, including, but not limited to PFOA, PFOS, their precursors and related chemicals in their industrial wastewater, which is then treated by Dalton Utilities wastewater treatment plants before being pumped to a 9,800-acre Land Application System ("LAS") where it is sprayed onto the property.

50.     PFCs including, but not limited to, PFOA and PFOS,  resist degradation during the treatment process utilized by Dalton Utilities and  increase in concentration as waste accumulates in the LAS. The LAS is bordered by the Conasauga River, and runoff contaminated with PFCs pollutes the river as it flows past the LAS.

51.     The United States Environmental Protection Agency ("EPA") has identified industrial wastewater from defendants' manufacturing facilities as the source of PFCs including, but not limited to, PFOA and PFOS being applied to the LAS and entering the Conasauga River.

52.     The human health risks caused by exposure to low levels of PFCs such as PFOA, PFOS, and related chemicals include testicular cancer, kidney cancer, ulcerative colitis, thyroid disease, high cholesterol, and pregnancy-induced hypertension. The stable carbon-fluorine bonds that make PFOA and PFOS so pervasive in industrial and consumer products also results in their environmental persistence, as there is no known environmental degradation mechanism for these chemicals. They are readily absorbed into biota and have a tendency to accumulate with repeated exposure.

53.     The association of exposure to these chemicals and certain cancers has been reported by the C8 Health Project, an independent Science Panel charged with reviewing the evidence linking PFOA, PFOS, and related chemicals to the risk of disease. The C8 Panel determined that kidney and testicular cancers have a "probable link" to PFOA exposure. Epidemiological studies of workers exposed to PFOA support the association between PFOA exposure and kidney and testicular cancers. These studies also suggest associations between PFOA exposure and prostate and ovarian cancers and non-Hodgkin lymphoma. Rodent studies also support the link with cancer. The majority of a United States Environmental Protection Agency ("EPA") Science Advisory Board expert committee recommended in 2006 that PFOA be considered "likely to be carcinogenic to humans."

54.     Defendant 3M Company has long been aware of the persistence and toxicity of PFOA, PFOS, and related chemicals, yet it knowingly and intentionally continued to promote and sell these chemicals to the carpet and textile manufacturing industry. Blood tests of 3M workers

conducted in 1978 found elevated organic fluorine levels proportionate to the length of time the employees had spent in production areas. Furthermore, a 1979 3M study of the effects of fluorochemical compounds on Rhesus monkeys was terminated after only 20 days after every monkey, at every dosage level, died from exposure to the chemicals.

55.    Defendant 3M Company has also known for at least 14 years that PFCs including, but not limited to, PFOA, PFOS, and related chemicals are not effectively treated by conventional wastewater treatment plant processes after finding high concentrations of these chemicals in samples taken from the effluent of a wastewater treatment plant located only a few miles downstream from one of its production facilities.

56.    The EPA took regulatory action on March 11, 2002, and December 9, 2002, by publishing two significant new use rules under the Toxic Substances Control Act to limit the future manufacture and use of PFOA, PFOS, and related chemicals.

57.    The State of New Jersey adopted a drinking water health advisory in 2006 for PFOA that is 0.04 ppb.

58.    The EPA in 2009 published provisional drinking water health advisories for PFOA and PFOS, the limits being 0.4 ppb for PFOA and 0.2 ppb for PFOS.

59.    More recent studies have shown that the 2009 EPA advisory limits were far too high. In 2014, the EPA released a draft of its proposed "reference dose" for PFOA, which is an estimate of how much a person could safely consume daily over their lifetime. That proposed reference dose translated to a limit of 0.1 ppb for PFOA, which was one-quarter the 2009 advisory level.

60.    In May 2016, the EPA issued a new drinking water health advisory for PFOA and PFOS, warning that exposure to elevated levels of these compounds can lead to a number of health

problems, such as cancer in adults and developmental effects in fetuses and breastfed infants. This advisory stated that, in order to provide a margin of protection from lifetime exposure to PFOA and PFOS in drinking water, the combined concentration of these chemicals should be no greater than 0.07 ppb. The EPA health advisory was based on peer-reviewed studies of the effects of PFOA and PFOS on laboratory animals, as well as epidemiological studies of human populations exposed to these chemicals.

61.     Centre Water began regular testing for PFOA and PFOS in its water supply following the issuance of the May 2016 EPA health advisory, and has consistently found PFOA and PFOS levels that combine to meet or exceed the 0.07 ppb limit.

62.     Centre Water's current water filtration system is not capable of removing or reducing levels of PFCs including, but not limited to PFOA and PFOS.

63.     Due to the high levels of PFOA and PFOS found in its water supply, Centre Water has and will continue to purchase water from the Cherokee County Water Authority resulting in additional expenses and lost profits.

64.     As a direct and proximate result of Defendants' contamination of Plaintiff's water supply, Centre Water has been damaged, including, but not limited to, past and future monitoring and testing expenses, lost revenues and profits, expenses in purchasing water from other water providers, and expenses in remediating, operating and maintaining its water system.

## COUNT ONE
### Negligence

65.     Plaintiff incorporates all prior paragraphs by reference as if fully set forth herein.

66.     Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of

toxic chemicals including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

67.     Named and Fictitious Defendants breached the duty owed to Plaintiff, and under the circumstances, Defendants' breaches constitute negligent, willful, and/or reckless conduct.

68.     As a direct, proximate, and foreseeable result of the Named and Fictitious Defendants' conduct, practices, actions, and inactions, Centre Water has incurred expenses and will incur reasonably ascertainable expenditures in the future.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT TWO
### Public Nuisance

69.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

70.     Plaintiff Centre Water owns and occupies property used to serve its water customers, including a water treatment plant, water distribution system, and offices.

71.     Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

72.     The specific damages incurred by Plaintiff include, but are not limited to, expenses associated with the future installation and operation of a filtration system capable of removing Named and Fictitious Defendants' chemicals from the water; expenses incurred to monitor PFC

contamination levels; expenses incurred to purchase water from the Cherokee County Water Authority; and lost profits and sales. These special damages are unique to Centre Water.

73.    In addition to the special damages sustained by Plaintiff, the levels of toxic chemical contamination found in the Plaintiff's water supply, directly caused by the Named and Fictitious Defendants' pollution, have created a condition that threatens the health and well-being of Centre Water's customers.

74.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would place, and have placed, the Plaintiff at risk of harm. The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT THREE
### Private Nuisance

75.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

76.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

77.    The contamination of the water at Centre Water's intake site constitutes a private nuisance depriving Centre Water of its ability to deliver clean and uncontaminated water to its customers.

78.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would contaminate, and have contaminated, the water at Plaintiff's intake site.  The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

79.    WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FOUR
### Trespass

80.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

81.    Plaintiff Centre Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

82.    Named and Fictitious Defendants' intentional acts in discharging PFOA, PFOS, and related chemicals, knowing that they would contaminate the water supply and flow downstream, caused an invasion of Plaintiff's property by Defendants' chemicals, which has affected and is affecting Plaintiff's interest in the exclusive possession of its property.

83.    Plaintiff did not consent to the invasion of its property by Named and Fictitious Defendants' chemicals.

84.    Named and Fictitious Defendants knew or should have known that their discharges of PFOA, PFOS, and related chemicals could contaminate the water supply and result in an invasion of Plaintiff's possessory interest in their property.

85.    Named and Fictitious Defendants' trespass is continuing.

14

86.     Named and Fictitious Defendants' continuing trespass has impaired Plaintiff's use of its property and has caused it damages by diminishing its value.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FIVE
### Wantonness and Punitive Damages

87.     Plaintiff re-alleges all prior paragraphs as if restated herein.

88.     Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of PFCs and their precursors, including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

89.     In breaching the duties described above, Named and Fictitious Defendants acted in a wanton, willful, and reckless manner.

90.     Named and Fictitious Defendants knew or should have known the danger to Plaintiff created by Defendants' conduct, practices, actions, and inactions.

91.     Named and Fictitious Defendants knew or should have known of the likely impact, harm, damage, and injury their conduct would have on the Plaintiff.

92.     Named and Fictitious Defendants' conduct, practices, and inactions evidence Defendants' reckless disregard for Plaintiff's property.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for punitive damages against all Defendants, both named and fictitious, jointly and severally, in an amount to

be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

<div align="center">

**COUNT SIX**
**Injunctive Relief**

</div>

93.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

94.     Plaintiff requests that this Court enter an Order enjoining Named and Fictitious Defendants from continuing the conduct described above and requiring Named and Fictitious Defendants to take all steps necessary to remove their chemicals from Plaintiff's water supplies and property.

95.     There is continuing irreparable injury to Plaintiff if an injunction does not issue, as Named and Fictitious Defendants' chemicals in its water supplies pose a continuing threat to Plaintiff's property interests, and there is no adequate remedy at law.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands injunctive relief against all Defendants, both named and fictitious, jointly and severally, requiring Defendants to remove their chemicals from Plaintiff's water system and to prevent these chemicals from continuing to contaminate Plaintiff's water supply.

<div align="center">

**RELIEF DEMANDED**

</div>

Wherefore, Centre Water respectfully requests this Court grant the following relief:

a)      Award Plaintiff damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out of pocket expenses, lost profits and sales, and future expenses;

b)      Issue an injunction requiring Named and Fictitious Defendants to remove their chemicals from Plaintiff's water supply and to prevent these chemicals from continuing to contaminate Plaintiff's water supply;

<div align="center">16</div>

c)     Award attorney fees and costs and expenses incurred in connection with the litigation of this matter;

d)     Award such other and further relief as this Court may deem just, proper, and equitable.

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

Dated: May 25, 2017

Respectfully submitted,

_ s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (STR021)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 75

ELECTRONICALLY FILED
5/30/2017 12:13 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | _____ |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1

MILLS, INC.; and FICTITIOUS          )
DEFENDANTS A-J, those persons,       )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are    )
unknown to the Plaintiff, but which will )
be substituted by amendment when       )
ascertained,                          )

        Defendants.

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre

("Centre Water"), and propounds its First Set of Requests for Production to Defendants Aladdin

Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of

America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors,

LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer

Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken

& Company, Mohawk Carpet, LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## **INSTRUCTIONS**

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## **DEFINITIONS**

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, CentreWater.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## REQUESTS FOR PRODUCTION

1.      Please produce all documents identified in or relied upon by you in your responses to Plaintiff's First Set of Interrogatories to all Defendants.

2.      Please produce a chart showing your organizational structure.

3.      Please produce copies of your document retention policies.

4.      Please produce copies of all insurance policies under which you are or may be insured for liability with respect to the occurrences complained of in this action.

5.      Please produce copies of all documents that mention, refer to, reflect or relate to the volume or other quantity of chemical products used by you in your manufacturing processes at your facilities located in Whitfield County, Georgia.

6.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of chemical products.

7.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of PFCs, specifically including, but not limited to, PFOA and PFOS.

8.      Please produce copies of any and all documents that reference, memorialize, relate to, or Concern your knowledge of the human health risks caused by exposure to PFCs, specifically including, but not limited to, PFOA and PFOS.

9.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern your knowledge of the environmental persistence of PFOA and PFOS.

10.     Please produce copies of any and all documents that reference, memorialize, relate to, or concern any testing performed on the wastewater discharged from your facilities in Whitfield County, Georgia.

5

11.    Please produce copies of any and all documents that reference, memorialize, relate to, or concern the volume of wastewater discharged from your facilities in Whitfield County, Georgia.

12.    Please produce copies of any and all Documents that reference, memorialize, relate to, or concern your knowledge of any surface water testing performed on the Conasauga River to determine PFC concentration levels.

13.    Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other documents, concerning the occurrences complained of in this action.

14.    Please produce a list identifying any person from whom you have purchased PFCs or their precursors, identifying the products purchased and the intended use of such products.

15.    Please produce all manuals, booklets, instructions, pamphlets, data sheets, or other Documents pertaining to your use and/or disposal of PFCs.

16.    Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the Georgia Department of Natural Resources ("GDNR").

17.    Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the United States Environmental Protection Agency ("EPA").

18.    Produce copies of all permits related to the discharge of wastewater from any facility owned or operated by you in Whitfield County, Georgia.

19.    Produce all documents related to notices, permit non-compliance, citations, investigations or legal actions arising from the production or discharging of wastewater from any of your manufacturing facilities in Whitefield County, Georgia.

20.    Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

21.    Please produce all documents or other information, either used, reviewed or relied upon by your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

22.    Please produce all written documents your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

Dated: May ___, 2017.

Respectfully submitted,

  s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 74

ELECTRONICALLY FILED
5/30/2017 12:13 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER          )
BOARD OF THE TOWN OF CENTRE,       )
                                   )
                                   )
    Plaintiff,               )
                                   )
v.                                 )     CIVIL ACTION NO:
                                   )     _____
3M COMPANY; ALADDIN                )
MANUFACTURING CORPORATION          )
APRICOT INTERNATIONAL, INC.;       )
ARROWSTAR, LLC; BEAULIEU           )
GROUP, LLC, BEAULIEU OF            )
AMERICA, INC.; DALTONIAN           )
FLOORING, INC.; DEPENDABLE         )
RUG MILLS, INC.; DORSETT           )
INDUSTRIES, INC.; DYSTAR, L.P.;    )
ECMH, LLC d/b/a CLAYTON            )
MILLER HOSPITALITY CARPETS;        )
E.I. DU PONT DE NEMOURS AND        )
COMPANY; EMERALD CARPETS,          )
INC.; ENGINEERED FLOORS, LLC;      )
FORTUNUE CONTRACT, INC.;           )
HARCROS CHEMICAL, INC.; KRAUS      )
USA , INC. (f/k/a BARRETT CARPET   )
MILLS, INC); INDIAN SUMMER         )
CARPET MILLS, INC.; INDUSTRIAL     )
CHEMICALS, INC.; J&J               )
INDUSTRIES, INC.; LEXMARK          )
CARPET MILLS, INC.; LYLE           )
INDUSTRIES, INC.; MFG              )
CHEMICAL, INC.; MILLIKEN &         )
COMPANY; MOHAWK CARPET,            )
LLC;  MOHAWK GROUP, INC.;          )
MOHAWK INDUSTRIES, INC.; NPC       )
SOUTH, INC.; ORIENTAL WEAVERS      )
USA, INC.; S & S MILLS, INC.;      )
SAVANNAH MILLS GROUP, LLC;         )
SHAW INDUSTRIES, INC.; TANDUS      )
CENTIVA, INC.; TANDUS CENTIVA      )
US, LLC; THE DIXIE GROUP, INC.;    )
TEXTILE RUBBER AND CHEMICAL        )
COMPANY, INC.; VICTOR CARPET       )

**MILLS, INC.; and FICTITIOUS** )
**DEFENDANTS A-J, those persons,** )
**corporations, partnerships or entities** )
**who acted either as principal or agent,** )
**for or in concert with the other named** )
**Defendants and/or whose acts caused or** )
**contributed to the damages sustained by** )
**the Plaintiff, whose identities are** )
**unknown to the Plaintiff, but which will** )
**be substituted by amendment when** )
**ascertained,** )

       **Defendants.**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS 3M COMPANY, INC., ARROWSTAR, LLC, DYSTAR, L.P., E.I. DUPONT DE NEMOURS AND COMPANY, HARCROS CHEMICAL, INC., INDUSTRIAL CHEMICALS, INC., MFG CHEMICAL, INC., AND TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

**COMES NOW**, Plaintiff, The Water Works and Sewer Board of the Town of Centre ("Centre Water"), and propounds its First Set of Interrogatories and First Request for Production of Documents on Defendants 3M Company, Inc., ArrowStar, LLC, Dystar, L.P., E.I. DuPont De Nemours and Company, Harcros Chemical, Inc., Industrial Chemicals, Inc., MFG Chemical, Inc., and Textile Rubber and Chemical Company, Inc. Plaintiff makes the following requests:

## INSTRUCTIONS

1.    Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.    If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.    If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the

current or last known custodian of each document concerning, referring, or relating to such communication.

4.    Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.    If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.    If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.    If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic

3

media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the Defendants, 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.    State the inclusive dates during which you have sold or delivered chemical products to manufacturing facilities located in Whitfield County, Georgia.

2.    State the inclusive dates that you have maintained sales or distribution offices in Whitfield County, Georgia, and the physical address of each location.

3.    Identify each Defendant named in the Complaint in this matter to whom this Defendant has sold or supplied chemical products in Dalton, Georgia.

4.    For each Defendant identified in the immediately preceding interrogatory, identify the name and type of chemical product sold, the dates the chemical products were sold, the volume or other measure of the amount of chemical products sold on each date identified, and the purpose for which the products were to be used.

5.    State the name and address of each manufacturing facility located in Whitfield County, Georgia to which you have sold chemical products.

6.    For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume or other measure of the amount of products sold on each date identified, and the purpose for which the products were to be used.

7.    Identify each defendant named in the complaint in this matter to whom you sold chemical products that were used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

8.    For ever entity identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the chemical product and the total volume or other measurement of the amount of the product sold during that period

9.    Identify each chemical product sold or delivered by you to any manufacturing facility located in Whitfield County Georgia that was intended to be used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

10.    For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

11.    Identify each defendant named in the complaint in this matter to whom you sold chemical products that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

12.    For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume of products sold on each date identified and the purpose for which the product is used.

13.    Identify each chemical product sold by you to any entity with manufacturing facilities in Whitfield County Georgia that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

14.    For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

15.    Identify each water treatment facility in Whitfield County, Georgia that you have provided chemicals.

16.    For each entity in the immediately preceding interrogatory, identify the chemical that was provided, the amount that was provided, and the purpose for which it was provided.

## **REQUEST FOR PRODUCTION**

1.    All documents that mention, refer, reflect or relate to the identity of products sold; the volume or other measure of the amount of products sold; the identity of the entities to whom the products were sold; and the dates that the products were sold for the entities and chemical products identified in your responses to the above interrogatories.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)

6

Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

ELECTRONICALLY FILED
5/30/2017 12:13 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: |
| | ) | _____ |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

MILLS, INC.; and FICTITIOUS            )
DEFENDANTS A-J, those persons,         )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are    )
unknown to the Plaintiff, but which will )
be substituted by amendment when       )
ascertained,                           )

      Defendants.

**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), and propounds its First Set of Interrogatories to Defendants Aladdin Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken & Company, Mohawk Carpet, LLC, Mohawk Group, LLC, Mohawk Industries, Inc., NPC South,

2

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## INSTRUCTIONS

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

3

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.      State the name, address, job title and duties of the person(s) answering, aiding, or who was consulted or supplied information upon which answers to these interrogatories are based and state the place where these interrogatories are answered.

2.      State the name of each chemical product, and the name of the manufacturer of each chemical product, used in Your manufacturing facilities in Whitfield County, Georgia, that were intended to provide stain resistance in Your products, and identify the type of products that You manufactured using these chemical products.

3.      Identify the inclusive dates during which any chemical products identified in Your response to Interrogatory #2 were used in Your manufacturing processes, as well as the name and address of each facility where the chemical product was used.

4.      Identify each manufacturing facility currently or formerly owned or operated by You in Whitfield County, Georgia, which chemical products were used, and the inclusive dates during which chemical products were used at each facility, as well as when each facility was in operation.

5.      With regard to any facility identified in response to Interrogatory #4, state the name of each chemical product utilized at that facility and list the inclusive dates during which each chemical product was used.

6.      With regard to any facility identified in response to Interrogatory #4, state whether waste water resulting from the manufacturing process was pre-treated prior to disposal or discharge to a waste water system, and describe in detail any such process used to pre-treat waste water at each facility.

7.      State whether You have entered into any contract or other agreement with Dalton Utilities to pre-treat your industrial wastewater prior to disposal.

8.      State the name of the wastewater treatment system provider for each of your manufacturing facilities in Whitfield County, Georgia, and the inclusive dates that each waste water treatment system was utilized by each facility.

9.      State whether any waste from any of your manufacturing facilities in Whitfield County, Georgia, has been discharged to the environment in any manner other than through a municipal wastewater system, describing with specificity and detail the nature and extent of any such discharge(s).

10.     State the name and address of any manufacturing facility not located in Whitfield County, Georgia, owned or operated by you that discharged wastewater directly into the environment or into a wastewater treatment system that discharges into any tributary of the Coosa River, and identify the inclusive dates during which any such discharges occurred.

11.     Identify any entity not named as a party to this action that has caused or contributed to causing perfluorinated compounds ("PFC"), including but not limited to perfluorooctanoic acid ("PFOA") and perfluorooctanoic sulfonate ("PFOS"), to enter the Consauga River, or any other tributary of the Coosa River.

12.     State whether you are aware that the use of certain stain resistance products in your manufacturing process may have resulted in the presence of PFOA and/or PFOS in the Consauga River, and if answering in the affirmative, state when you gained this awareness.

13.     State with specificity and in detail any action or activity you have undertaken to reduce the use of any chemical products in your manufacturing process, when those actions or activities were undertaken, and your reason(s) for undertaking those actions or activities.

14.    State with specificity and detail all knowledge you have regarding any investigation

by any governmental agency regarding the release of PFOA and/or PFOS from the Dalton Utilities

Industrial Wastewater System, including the date the knowledge was obtained.

Dated: May ___, 2017.

                                    Respectfully submitted,

                                     s/ Rhon E. Jones
                                    JERE L. BEASLEY (BEA020)
                                     Jere.Beasley@beasleyallen.com
                                    RHON E. JONES (JON093)
                                     Rhon.Jones@beasleyallen.com
                                    RICHARD D. STRATTON (3939T76R)
                                     Rick.Stratton@beasleyallen.com
                                    GRANT M. COFER (COF008)
                                     Grant.Cofer@beasleyallen.com
                                    J. RYAN KRAL (KRA016)
                                     Ryan.Kral@beasleyallen.com
                                    Beasley, Allen, Crow, Methvin, Portis &
                                    Miles, P.C.
                                    P.O. Box 4160
                                    Montgomery, Alabama 36103
                                    T: 334-269-2343
                                    F: 334-954-7555

                                    ROGER H. BEDFORD
                                     senbedford@aol.com
                                    Roger Bedford & Associates, P.C.
                                    P.O. Box 370
                                    Russellville, Alabama 35653
                                    T: 256-332-6966
                                    F: 256-332-2800

                                    Attorneys for Plaintiff



AlaFile E-Notice

13-CV-2017-900049.00

To:   RHON E. JONES
      rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following alias summons was FILED on 5/30/2017 12:14:01 PM

Notice Date:      5/30/2017 12:14:01 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



USPS CERTIFIED MAIL

100 MAIN STREET
CENTRE, AL, 35960

**9214 8901 7301 4113 1700 0030 21**

**13-CV-2017-900049.00**

To: ALADDIN MANUFACTURING CORPORATION
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE 19808

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 5/30/2017 12:14:01 PM

Notice Date:     5/30/2017 12:14:01 PM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>13-CV-2017-900049.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**
**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**

**NOTICE TO:** ALADDIN MANUFACTURING CORPORATION, CORPORATION SERVICE COMPA 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                        .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 5/30/2017 12:14:01 PM | /s/ DWAYNE AMOS | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                        County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on                                .

*(Date)*

_____        _____        _____
*(Type of Process Server)*              *(Server's Signature)*              *(Address of Server)*

_____        _____
*(Server's Printed Name)*              *(Phone Number of Server)*





```
┌─────────────────────────────────────────────────────┐
│                  UJS Information                      │
│                                                       │
│  Case Number: 13-CV-2017-900049.00                    │
│  Document Type: Complaint                             │
│  Restricted Delivery Requested: No                   │
│                                                       │
│  Intended Recipient:                                 │
│                                                       │
│   ALADDIN MANUFACTURING CORPORATION (D002)           │
│  THE CORPORATION COMPANY                             │
│  60 COMMERCE ST                                      │
│  MONTGOMERY, AL 36104                                │
└─────────────────────────────────────────────────────┘
```

Date: May 30, 2017

Circuit Clerk:

The following is in response to your May 30, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002390. The delivery record shows that this item was delivered on May 30, 2017 at 10:29 am in CENTRE, AL 35960. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES**
**POSTAL SERVICE**

UJS Information

Case Number: 13-CV-2017-900049.00
Document Type: Alias Summons
Restricted Delivery Requested: No

Intended Recipient:

 APRICOT INTERNATIONAL, INC.  (D003)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE 19808

Date: May 30, 2017

Circuit Clerk:

The following is in response to your May 30, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700002956.  The delivery record shows that this item was delivered on May 30, 2017 at 11:40 am in WILMINGTON, DE  19808. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  JONES RHON EUGENE
rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
     rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ALADDIN MANUFACTURING CORPORATION (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ARROWSTAR, LLC (PRO SE)
C/O KEVIN HARRIS
530 N ELM ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
     CORPORATION SERVICES COMP
     40 TECHNOLOGYPKWYS #300
     NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PRO
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
      C/O JAMES T FORDHAM
      411 W CRAWFORD ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
      NATIONAL REGISTERED AGENT
      160 GREENTREE DR STE 101
      DOVER, DE, 19904-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
      C/O WILLIAM L WELCH
      2042 MONTREAT DR
      BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
      CT CORPORATION SYSTEM
      289 S CULVER ST
      LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

 AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK GROUP, INC. (PRO SE)
     CORPORATION SERVICE COMPA
     2711 CENTREVILLE RD #400
     WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
     C/O JAMES T. FORDHAM
     411 W CRAWFORD ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ALADDIN MANUFACTURING CORPORATION (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTERVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   DEPENDABLE RUG MILLS, INC. (PRO SE)
      C/O JERRY NEALEY
      515 MIRACLE DR
      ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
      C/O JAMES T FORDHAM
      411 W CRAWFORD ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
     NATIONAL REGISTERED AGENT
     160 GREENTREE DR STE 101
     DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
      C/O JAMES E BETHEL
      615 VALLEY DR
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
      CT CORPORATION SYSTEM
      289 S CULVER ST
      LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK CARPET, LLC (PRO SE)
      CORPORATION SERVICES COMP
      40 TECHNOLOGYPKWYS #300
      NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   MOHAWK GROUP, INC. (PRO SE)
      CORPORATION SERVICE COMPA
      2711 CENTREVILLE RD #400
      WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
     C/O ROBERT G MCCURRY
     402 SELVIDGE ST
     DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SHAW INDUSTRIES, INC. (PRO SE)
      CSC LAWYERS INCORPORATING
      150 S PERRY ST
      MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA, INC. (PRO SE)
      CT CORPORATION SYSTEM
      289 S CULVER ST
      LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
     FREDERICK H HOWALT, III
     1400 TIARCO DR
     DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 5/30/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



**Dwayne Amos**
**Circuit Clerk**

100 Main Street
Rm. 203
Cherokee County Courthouse
Centre, Alabama 35960

Telephone: (256) 927-3637

## REQUEST FOR RECORDS SEARCH AND/OR COPIES OF COURT RECORDS

Date **5/18/17**

Specific Information requested (including: name, DOB, or any indentifying
information): _____

Case Number(s) if known: **13 CO 2017 900049**
(If case number is not known, please provide the approximate year case was filed)

Do you want the documents certified? ____ yes ____ no

Contact Information of Individual Requesting Record Search or Copies:

Name: **Patrick J. Fanning**
Address: **1001 Haxall Point, Suite 1500**
City: **Richmond**     State: **VA**     Zip: **23219**
Phone Number(s): **(804) 697-1363**
Email: **patrick.fanning@troutmansanders.com**

## PLEASE ALLOW TWO WEEKS

This request must be accompanied with a deposit of $5.00. Our office will contact you with the balance
amount due. Once payment is received along with a self addressed stamped envelope, we will forward the
requested copies to you. **Personal checks are not accepted.** Payments must be in the form of a cashier's
check or money order made payable to Cherokee County Circuit Clerk.

| TYPE OF SEARCH | COSTS |
| --- | --- |
| Computerized Records | $10.00 |
| Paper Records | $20.00 |
| Archived/Microfilmed Records | $25.00 |

| COPIES | COSTS |
| --- | --- |
| Pages 1 through 20 (paper or electronic) | $5.00 |
| Each Additional Page | $.50 |
| Each Certification | $5.00 |

CIRCUIT CLERK, CHEROKEE COUNTY, AL
Dwayne Amos
MAY 31 2017
FILED

*The Circuit Clerk and employees of the Cherokee County Circuit Clerk are not responsible for any errors in the information
supplied and are not liable for any use or disclosure of said information. This office has Cherokee County Circuit and District
Court records only and cannot supply Federal or Municipal records from other counties or other states. The search fee applies
even if the record search produces no results.*

**POSTAL SERVICE**

| UJS Information |
| --- |
| Case Number: 13-CV-2017-900049.00 |
| Document Type: Alias Summons |
| Restricted Delivery Requested: No |
| |
| Intended Recipient: |
| |
| ALADDIN MANUFACTURING CORPORATION (D002) |
| CORPORATION SERVICE COMPA |
| 2711 CENTERVILLE RD #400 |
| WILMINGTON, DE 19808 |

Date: June 5, 2017

Circuit Clerk:

The following is in response to your June 5, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901730141131700003021.  The delivery record shows that this item was delivered on June 5, 2017 at 1:36 pm in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   BEASLEY JERE LOCKE
      jere.beasley@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  3M COMPANY, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DALTONIAN FLOORING, INC. (PRO SE)
C/O R MIKE WITHROCK
402 W CUYLER ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR(
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  EMERALD CARPETS, INC. (PRO SE)
C/O TOM MINOR
745 COLLEGE DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ENGINEERED FLOORS, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 KING ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   FORTUNE CONTRACT, INC. (PRO SE)
      C/O JAMES T FORDHAM
      411 W CRAWFORD ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
     NATIONAL REGISTERED AGENT
     160 GREENTREE DR STE 101
     DOVER, DE, 19904-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
C/O JAMES L ORR
601 CALLAHAN RD
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: INDUSTRIAL CHEMICALS, INC. (PRO SE)
C/O WILLIAM L WELCH
2042 MONTREAT DR
BIRMINGHAM, AL, 35218-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MFG CHEMICAL, INC. (PRO SE)
C/O CHARLES GAVIN, III
1804 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: ORIENTAL WEAVERS USA, INC. (PRO SE)
C/O AHMED SALAMA
3252 LOWER DUG GAP RD
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  S & S MILLS, INC. (PRO SE)
C/O ROBERT G MCCURRY
402 SELVIDGE ST
DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   SAVANNAH MILLS GROUP, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 WEST KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
FREDERICK H HOWALT, III
1400 TIARCO DR
DALTON, GA, 30721-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  VICTOR CARPET MILLS, INC. (PRO SE)
ELIZABETH AHLUWALIA
1505 CORONET DR
DALTON, GA, 30721-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was served on 6/5/2017

D002 ALADDIN MANUFACTURING CORPORATION
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

ELECTRONICALLY FILED
6/9/2017 10:09 AM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | | |
|---|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 13-CV-17-900049 |
| 3M COMPANY, et al. | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE FOR DEFENDANTS ECMH, LLC D/B/A CLAYTON MILLER AND EMERALD CARPETS, INC

E. Allen Dodd, Jr. and J. Eric Brisendine of Scruggs, Dodd & Brisendine, Attorneys, P.A. file this Notice of Appearance for Defendants ECMH, LLC d/b/a Clayton Miller and Emerald Carpets, Inc. in the above-captioned action.

Respectfully submitted,

/s/ E. Allen Dodd, Jr.
E. Allen Dodd, Jr. (DOD011)

/s/ J. Eric Brisendine
J. Eric Brisendine (BRI040)

Scruggs, Dodd & Brisendine,
Attorneys, P.A.
PO Box 681109
207 Alabama Avenue Southwest
Fort Payne, Alabama 35968
(256) 845-5932
eadscruggs@farmerstel.com
jebscruggs@farmerstel.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appearance on all counsel of record by E-File on this the 9th day of June, 2017.

/s/ J. Eric Brisendine
J. Eric Brisendine



AlaFile E-Notice

13-CV-2017-900049.00

To: ELBERT ALLEN DODD JR.
eadscruggs@farmerstel.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:    6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:        6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  3M COMPANY, INC. (PRO SE)
     CT CORPORATION SYSTEM
     2 N JACKSON ST SUITE 605
     MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ALADDIN MANUFACTURING CORPORATION (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  APRICOT INTERNATIONAL, INC. (PRO SE)
THE COMPANY CORPORATION
2711 CENTERVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   ARROWSTAR, LLC (PRO SE)
      C/O KEVIN HARRIS
      530 N ELM ST
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: BEAULIEU GROUP LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:    6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: BEAULIEU OF AMERICA, INC. (PRO SE)
C/O PETER N. FARLEY
1502 CORONET DR
DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DALTONIAN FLOORING, INC. (PRO SE)
     C/O R MIKE WITHROCK
     402 W CUYLER ST
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DEPENDABLE RUG MILLS, INC. (PRO SE)
C/O JERRY NEALEY
515 MIRACLE DR
ROCKY FACE, GA, 30740-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:    6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DORSETT INDUSTRIES, INC. (PRO SE)
C/O BRYAN C. MACON
1304 MAY ST
DALTON, GA, 30721-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  DYSTAR, L.P. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  ECMH, LLC DBA CLAYTON MILLER HOSPITALITY CARPETS (PR
C/O JOHN T MINOR IV
745 COLLEGE DR, SUITE B
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: E.I. DU PONT DE NEMOURS AND COMPANY (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   EMERALD CARPETS, INC. (PRO SE)
      C/O TOM MINOR
      745 COLLEGE DR
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   ENGINEERED FLOORS, LLC (PRO SE)
      C/O BENNIE M LAUGHTER
      115 KING ST
      DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  FORTUNE CONTRACT, INC. (PRO SE)
C/O JAMES T FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:    6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: HARCROS CHEMICAL, INC. (PRO SE)
CT CORPORATION SYSTEM
2 N JACKSON ST STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:    6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  KRAUS USA, INC. F/K/A BARRETT CARPET MILLS, INC. (PRO SE
NATIONAL REGISTERED AGENT
160 GREENTREE DR STE 101
DOVER, DE, 19904-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  INDIAN SUMMER CARPET MILLS, INC. (PRO SE)
     C/O JAMES L ORR
     601 CALLAHAN RD
     DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   INDUSTRIAL CHEMICALS, INC. (PRO SE)
      C/O WILLIAM L WELCH
      2042 MONTREAT DR
      BIRMINGHAM, AL, 35218-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: J&J INDUSTRIES, INC. (PRO SE)
C/O JAMES E BETHEL
615 VALLEY DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  LEXMARK CARPET MILLS, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  LYLE INDUSTRIES, INC. (PRO SE)
C/O LYLE G. LAMAR
1800 KIMBERLY PARK DR
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  MFG CHEMICAL, INC. (PRO SE)
     C/O CHARLES GAVIN, III
     1804 KIMBERLY PARK DR
     DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  MILLIKEN & COMPANY (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: MOHAWK CARPET, LLC (PRO SE)
CORPORATION SERVICES COMP
40 TECHNOLOGYPKWYS #300
NORCROSS, GA, 30092-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: MOHAWK GROUP, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To: MOHAWK INDUSTRIES, INC. (PRO SE)
CORPORATION SERVICE COMPA
2711 CENTREVILLE RD #400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  NPC SOUTH, INC. (PRO SE)
C/O JAMES T. FORDHAM
411 W CRAWFORD ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   ORIENTAL WEAVERS USA, INC. (PRO SE)
      C/O AHMED SALAMA
      3252 LOWER DUG GAP RD
      DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  S & S MILLS, INC. (PRO SE)
     C/O ROBERT G MCCURRY
     402 SELVIDGE ST
     DALTON, GA, 30720-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  SAVANNAH MILLS GROUP, LLC (PRO SE)
C/O BENNIE M LAUGHTER
115 WEST KING ST
DALTON, GA, 30720-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  SHAW INDUSTRIES, INC. (PRO SE)
CSC LAWYERS INCORPORATING
150 S PERRY ST
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  TANDUS CENTIVA, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   TANDUS CENTIVA US, LLC (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  THE DIXIE GROUP, INC. (PRO SE)
CT CORPORATION SYSTEM
289 S CULVER ST
LAWRENCEVILLE, GA, 30046-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:        6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   TEXTILE RUBBER AND CHEMICAL COMPANY, INC. (PRO SE)
      FREDERICK H HOWALT, III
      1400 TIARCO DR
      DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   VICTOR CARPET MILLS, INC. (PRO SE)
      ELIZABETH AHLUWALIA
      1505 CORONET DR
      DALTON, GA, 30721-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:   JONES RHON EUGENE
        rhon.jones@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:      6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

To:  COFER GRANT MAXWELL
     grant.cofer@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following NOTICE OF APPEARANCE was FILED on 6/9/2017 10:10:23 AM

Notice Date:     6/9/2017 10:10:23 AM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

**CERTIFIED MAIL**



**USPS CERTIFIED MAIL**

9214 8901 7301 4113 1700 0024 06

100 MAIN STREET

CENTRE, AL, 35960



**FILED**

JUN 07 2017

CIRCUIT CLERK, CHEROKEE COUNTY, AL

NIXIE        307222032-1N        06/02/17

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
RETURN TO SENDER



To: APRICOT INTERNATIONAL, INC.

C/O GUY BINETTE

215 WEST AVENUE

DALTON, GA 30722



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:   JONES RHON EUGENE
      rhon.jones@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 6/7/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  BEASLEY JERE LOCKE
     jere.beasley@beasleyallen.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 6/7/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  STRATTON RICHARD DOUGLAS
rstratton@smithalspaugh.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 6/7/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To:  COFER GRANT MAXWELL
grant.cofer@beasleyallen.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 6/7/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



AlaFile E-Notice

13-CV-2017-900049.00

Judge: JEREMY S TAYLOR

To: KRAL JON RYAN
PO BOX 4160
MONTGOMERY, AL, 36103-4160

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following matter was not served on 6/7/2017

D003 APRICOT INTERNATIONAL, INC.
Corresponding To
UNDELIVERABLE

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637

DOCUMENT 92

ELECTRONICALLY FILED
6/13/2017 2:54 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER            )
BOARD OF THE TOWN OF CENTRE,         )
                                     )
                                     )
        **Plaintiff,**               )
                                     )
v.                                   )      CIVIL ACTION NO:
                                     )      _____
3M COMPANY; ALADDIN                  )
MANUFACTURING CORPORATION            )
APRICOT INTERNATIONAL, INC.;         )      *TRIAL BY JURY REQUESTED*
ARROWSTAR, LLC; BEAULIEU             )
GROUP, LLC, BEAULIEU OF              )
AMERICA, INC.; DALTONIAN             )
FLOORING, INC.; DEPENDABLE           )
RUG MILLS, INC.; DORSETT             )
INDUSTRIES, INC.; DYSTAR, L.P.;      )
ECMH, LLC d/b/a CLAYTON              )
MILLER HOSPITALITY CARPETS;          )
E.I. DU PONT DE NEMOURS AND          )
COMPANY; EMERALD CARPETS,            )
INC.; ENGINEERED FLOORS, LLC;        )
FORTUNUE CONTRACT, INC.;             )
HARCROS CHEMICAL, INC.; KRAUS        )
USA , INC. (f/k/a BARRETT CARPET     )
MILLS, INC); INDIAN SUMMER           )
CARPET MILLS, INC.; INDUSTRIAL       )
CHEMICALS, INC.; J&J                 )
INDUSTRIES, INC.; LEXMARK            )
CARPET MILLS, INC.; LYLE             )
INDUSTRIES, INC.; MFG                )
CHEMICAL, INC.; MILLIKEN &           )
COMPANY; MOHAWK CARPET,              )
LLC;  MOHAWK GROUP, INC.;            )
MOHAWK INDUSTRIES, INC.; NPC         )
SOUTH, INC.; ORIENTAL WEAVERS        )
USA, INC.; S & S MILLS, INC.;        )
SAVANNAH MILLS GROUP, LLC;           )
SHAW INDUSTRIES, INC.; TANDUS        )
CENTIVA, INC.; TANDUS CENTIVA        )
US, LLC; THE DIXIE GROUP, INC.;      )
TEXTILE RUBBER AND CHEMICAL          )
COMPANY, INC.; VICTOR CARPET         )
MILLS, INC.; and FICTITIOUS          )

DOCUMENT 92

| | |
|---|---|
| **DEFENDANTS A-J, those persons,** | ) |
| **corporations, partnerships or entities** | ) |
| **who acted either as principal or agent,** | ) |
| **for or in concert with the other named** | ) |
| **Defendants and/or whose acts caused or** | ) |
| **contributed to the damages sustained by** | ) |
| **the Plaintiff, whose identities are** | ) |
| **unknown to the Plaintiff, but which will** | ) |
| **be substituted by amendment when** | ) |
| **ascertained,** | ) |

     **Defendants.**

## COMPLAINT

Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), brings this Complaint against Defendants 3M Company, Aladdin Manufacturing Corporation, Apricot International, Inc., ArrowStar, LLC, Beaulieu Group LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., Dystar, L.P., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, E.I. DuPont De Nemours and Company, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Harcros Chemical, Inc., Indian Summer Carpet Mills, Inc., Industrial Chemicals, Inc., J&J Industries, Inc., Kraus USA, Inc. (f/k/a Barrett Carpet Mills, Inc.), Lexmark Carpet Mills Inc., Lyle Industries, Inc., MFG Chemical, Inc., Milliken & Company, Mohawk Carpet LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South, Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva Inc., Tandus Centiva US LLC, The Dixie Group, Inc., Textile Rubber and Chemical Company, Inc. and Victor Carpet Mills, Inc. ("Defendants"), and allege as follows:

## STATEMENT OF THE CASE

1.     Plaintiff, Centre Water, has and continues to be damaged due to the negligent, willful, and wanton conduct of the Named and Fictitious Defendants, as well as nuisance and

trespass caused by the Defendants' past and present release of toxic chemicals, including perfluorinated compounds ("PFCs"), including, but not limited to perfluorooctanoic acid ("PFOA"), perfluorooctane sulfonate ("PFOS"), precursors to PFOA and PFOS, and related chemicals from their manufacturing facilities in and around the City of Dalton, Georgia.

2.     Centre Water provides drinking water directly to its own residential and commercial customers in Cherokee County. Centre Water utilizes the Coosa River as its raw water source, specifically drawing its source water from Weiss Lake in the Coosa River Basin.

3.     Named and Fictitious Defendants operate, or supply chemical products to, manufacturing facilities located upstream of Centre Water's intake site, in or near the City of Dalton, Georgia. Named and Fictitious Defendants use chemical compounds that contain or degrade into PFCs, including, but not limited to PFOA and PFOS at their facilities to impart water, stain, and grease resistance to their carpet and other textile products. Industrial wastewater discharged from Named and Fictitious Defendants' manufacturing plants contains high levels of PFCs, including, but not limited to, PFOA and PFOS. These chemicals resist degradation during processing at Dalton Utilities' wastewater treatment center and contaminate the Conasauga River. The Conasauga River is one of the Coosa River's five major tributaries.

4.     Named and Fictitious Defendants' toxic chemicals have contaminated the water in the Coosa River at Centre Water's intake site, and the chemicals cannot be removed by the water treatment processes Centre Water currently utilizes.

5.     As a direct and proximate result of Named and Fictitious Defendants' contamination of the Plaintiff's raw water source, Centre Water has suffered substantial economic and consequential damage, including, but not limited to, expenses associated with the future installation and operation of a filtration system capable of removing the Named and Fictitious

Defendants' chemicals from the water; expenses incurred to monitor PFC contamination levels; expenses incurred to purchase water from Cherokee County Water Authority; and lost profits and sales.

6.      Wherefore, Plaintiff Centre Water seeks compensatory and punitive damages to the fullest extent allowed by award from a jury. Plaintiff also seeks equitable and injunctive relief compelling the Named and Fictitious Defendants to remediate their contamination and prevent additional releases of PFCs and other toxic chemicals, including, but not limited to PFOS and PFOA, into Centre Water's raw water source.

## JURISDICTION

7.      Jurisdiction is proper in this Court pursuant to ALA. CODE §12-11-30(1)(1975), as Plaintiff's claims exceed $10,000.

8.      Plaintiff asserts no federal cause of action in this Complaint.

## PARTIES

9.      Plaintiff Centre Water is a domestic municipal corporation formed pursuant to Ala. Code §11-50-230, with its principal place of business in Cherokee County, Alabama.

10.     Defendant 3M Company ("3M") is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

11.     Defendant Aladdin Manufacturing Corporation is a foreign corporation qualified to do business in Cherokee County, Alabama.

12.     Defendant Apricot International, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

13.     Defendant Arrowstar, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

14.    Defendant Beaulieu Group LLC is a foreign corporation causing injury in Cherokee County, Alabama.

15.    Defendant Beaulieu of America, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

16.    Defendant Daltonian Flooring, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

17.    Defendant Dependable Rug Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

18.    Defendant E.I. du Pont de Nemours and Company is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

19.    Defendant Dorsett Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

20.    Defendant Dystar, L.P., is a foreign corporation causing injury in Cherokee County, Alabama.

21.    Defendant ECMH, LLC d/b/a Clayton Miller Hospitality Carpets is a foreign corporation causing injury in Cherokee County, Alabama.

22.    Defendant Emerald Carpets, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

23.    Defendant Engineered Floors, LLC is a foreign corporation causing injury in Cherokee County Alabama.

24.    Defendant Fortune Contract, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

25.     Defendant Harcros Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

26.     Defendant Indian Summer Carpet Mills, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

27.     Defendant Industrial Chemicals, Inc., is a domestic corporation with its principal place of business in Birmingham, Alabama, and is causing injury in Cherokee County, Alabama.

28.     Defendant J&J Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

29.     Kraus USA, Inc. is a foreign corporation causing injury in Cherokee County, Alabama.

30.     Defendant Lexmark Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

31.     Defendant Lyle Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

32.     Defendant MFG Chemical, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

33.     Milliken & Company is a foreign corporation causing injury in Cherokee County, Alabama.

34.     Defendant Mohawk Carpet, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

35.     Defendant Mohawk Group, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

36.     Defendant Mohawk Industries, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

37.     Defendant NPC South, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

38.     Defendant Oriental Weavers USA, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

39.     Defendant S&S Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

40.     Defendant Savannah Mills Group, LLC, is a foreign corporation causing injury in Cherokee County, Alabama.

41.     Defendant Shaw Industries, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

42.     Defendant Tandus Centiva, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

43.     Defendant Tandus Centiva US, LLC, is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

44.     Defendant The Dixie Group, Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

45.     Defendant Textile Rubber & Chemical Co., Inc., is a foreign corporation qualified to do business in the State of Alabama, and is causing injury in Cherokee County, Alabama.

46.     Defendant Victor Carpet Mills, Inc., is a foreign corporation causing injury in Cherokee County, Alabama.

47.     Fictitious Defendants A, B, C, D, E, F, G, H, I, & J are those persons, corporations, partnerships, or entities who discharged PFCs and their precursor compounds, including, but not limited to PFOA, PFOS and related chemicals into the water supply upstream of Centre Water's water intake site, who acted either as principal or agent, for or in concert with the named Defendants, and/or who acts caused or contributed to the damages sustained by the Plaintiff, whose identities are unknown to Plaintiff, but which will be substituted by amendment when ascertained.

## FACTUAL ALLEGATIONS

48.     The City of Dalton, Georgia, contains over 150 carpet manufacturing plants, and more than 90% of the world's carpet is produced within a 65-mile radius of the city. These manufacturing plants have used PFOA, PFOS, and other related chemicals in the stain-resistant carpeting manufacturing process.

49.     Defendants are owners and operators of, or the chemical suppliers to, manufacturing facilities in and around Dalton, Georgia, which utilize various PFCs and their precursors in the manufacturing process. Defendants discharge PFCs, including, but not limited to PFOA, PFOS, their precursors and related chemicals in their industrial wastewater, which is then treated by Dalton Utilities wastewater treatment plants before being pumped to a 9,800-acre Land Application System ("LAS") where it is sprayed onto the property.

50.     PFCs including, but not limited to, PFOA and PFOS,  resist degradation during the treatment process utilized by Dalton Utilities and  increase in concentration as waste accumulates in the LAS. The LAS is bordered by the Conasauga River, and runoff contaminated with PFCs pollutes the river as it flows past the LAS.

51.    The United States Environmental Protection Agency ("EPA") has identified industrial wastewater from defendants' manufacturing facilities as the source of PFCs including, but not limited to, PFOA and PFOS being applied to the LAS and entering the Conasauga River.

52.    The human health risks caused by exposure to low levels of PFCs such as PFOA, PFOS, and related chemicals include testicular cancer, kidney cancer, ulcerative colitis, thyroid disease, high cholesterol, and pregnancy-induced hypertension. The stable carbon-fluorine bonds that make PFOA and PFOS so pervasive in industrial and consumer products also results in their environmental persistence, as there is no known environmental degradation mechanism for these chemicals. They are readily absorbed into biota and have a tendency to accumulate with repeated exposure.

53.    The association of exposure to these chemicals and certain cancers has been reported by the C8 Health Project, an independent Science Panel charged with reviewing the evidence linking PFOA, PFOS, and related chemicals to the risk of disease. The C8 Panel determined that kidney and testicular cancers have a "probable link" to PFOA exposure. Epidemiological studies of workers exposed to PFOA support the association between PFOA exposure and kidney and testicular cancers. These studies also suggest associations between PFOA exposure and prostate and ovarian cancers and non-Hodgkin lymphoma. Rodent studies also support the link with cancer. The majority of a United States Environmental Protection Agency ("EPA") Science Advisory Board expert committee recommended in 2006 that PFOA be considered "likely to be carcinogenic to humans."

54.    Defendant 3M Company has long been aware of the persistence and toxicity of PFOA, PFOS, and related chemicals, yet it knowingly and intentionally continued to promote and sell these chemicals to the carpet and textile manufacturing industry. Blood tests of 3M workers

conducted in 1978 found elevated organic fluorine levels proportionate to the length of time the employees had spent in production areas. Furthermore, a 1979 3M study of the effects of fluorochemical compounds on Rhesus monkeys was terminated after only 20 days after every monkey, at every dosage level, died from exposure to the chemicals.

55.     Defendant 3M Company has also known for at least 14 years that PFCs including, but not limited to, PFOA, PFOS, and related chemicals are not effectively treated by conventional wastewater treatment plant processes after finding high concentrations of these chemicals in samples taken from the effluent of a wastewater treatment plant located only a few miles downstream from one of its production facilities.

56.     The EPA took regulatory action on March 11, 2002, and December 9, 2002, by publishing two significant new use rules under the Toxic Substances Control Act to limit the future manufacture and use of PFOA, PFOS, and related chemicals.

57.     The State of New Jersey adopted a drinking water health advisory in 2006 for PFOA that is 0.04 ppb.

58.     The EPA in 2009 published provisional drinking water health advisories for PFOA and PFOS, the limits being 0.4 ppb for PFOA and 0.2 ppb for PFOS.

59.     More recent studies have shown that the 2009 EPA advisory limits were far too high. In 2014, the EPA released a draft of its proposed "reference dose" for PFOA, which is an estimate of how much a person could safely consume daily over their lifetime. That proposed reference dose translated to a limit of 0.1 ppb for PFOA, which was one-quarter the 2009 advisory level.

60.     In May 2016, the EPA issued a new drinking water health advisory for PFOA and PFOS, warning that exposure to elevated levels of these compounds can lead to a number of health

problems, such as cancer in adults and developmental effects in fetuses and breastfed infants. This advisory stated that, in order to provide a margin of protection from lifetime exposure to PFOA and PFOS in drinking water, the combined concentration of these chemicals should be no greater than 0.07 ppb. The EPA health advisory was based on peer-reviewed studies of the effects of PFOA and PFOS on laboratory animals, as well as epidemiological studies of human populations exposed to these chemicals.

61.     Centre Water began regular testing for PFOA and PFOS in its water supply following the issuance of the May 2016 EPA health advisory, and has consistently found PFOA and PFOS levels that combine to meet or exceed the 0.07 ppb limit.

62.     Centre Water's current water filtration system is not capable of removing or reducing levels of PFCs including, but not limited to PFOA and PFOS.

63.     Due to the high levels of PFOA and PFOS found in its water supply, Centre Water has and will continue to purchase water from the Cherokee County Water Authority resulting in additional expenses and lost profits.

64.     As a direct and proximate result of Defendants' contamination of Plaintiff's water supply, Centre Water has been damaged, including, but not limited to, past and future monitoring and testing expenses, lost revenues and profits, expenses in purchasing water from other water providers, and expenses in remediating, operating and maintaining its water system.

## COUNT ONE
### Negligence

65.     Plaintiff incorporates all prior paragraphs by reference as if fully set forth herein.

66.     Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of

toxic chemicals including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

67.    Named and Fictitious Defendants breached the duty owed to Plaintiff, and under the circumstances, Defendants' breaches constitute negligent, willful, and/or reckless conduct.

68.    As a direct, proximate, and foreseeable result of the Named and Fictitious Defendants' conduct, practices, actions, and inactions, Centre Water has incurred expenses and will incur reasonably ascertainable expenditures in the future.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT TWO
**Public Nuisance**

69.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

70.    Plaintiff Centre Water owns and occupies property used to serve its water customers, including a water treatment plant, water distribution system, and offices.

71.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

72.    The specific damages incurred by Plaintiff include, but are not limited to, expenses associated with the future installation and operation of a filtration system capable of removing Named and Fictitious Defendants' chemicals from the water; expenses incurred to monitor PFC

contamination levels; expenses incurred to purchase water from the Cherokee County Water Authority; and lost profits and sales. These special damages are unique to Centre Water.

73.    In addition to the special damages sustained by Plaintiff, the levels of toxic chemical contamination found in the Plaintiff's water supply, directly caused by the Named and Fictitious Defendants' pollution, have created a condition that threatens the health and well-being of Centre Water's customers.

74.    It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would place, and have placed, the Plaintiff at risk of harm. The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT THREE
### Private Nuisance

75.    Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

76.    Named and Fictitious Defendants have created a nuisance by their discharge of PFCs including, but not limited to PFOA, PFOS, and related chemicals into the Coosa River's tributaries, which has caused contamination of the Plaintiff's water supply, thereby causing Centre Water hurt, inconvenience, and harm.

77.    The contamination of the water at Centre Water's intake site constitutes a private nuisance depriving Centre Water of its ability to deliver clean and uncontaminated water to its customers.

78.     It was reasonably foreseeable, and in fact known to the Named and Fictitious Defendants, that their actions would contaminate, and have contaminated, the water at Plaintiff's intake site.  The nuisance has caused substantial damages, and will continue to cause damages until it is satisfactorily abated.

79.     WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## COUNT FOUR
### Trespass

80.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

81.     Plaintiff Centre Water owns and occupies property used to serve its water customers and other water utilities, including a water treatment plant, water distribution system, and offices.

82.     Named and Fictitious Defendants' intentional acts in discharging PFOA, PFOS, and related chemicals, knowing that they would contaminate the water supply and flow downstream, caused an invasion of Plaintiff's property by Defendants' chemicals, which has affected and is affecting Plaintiff's interest in the exclusive possession of its property.

83.     Plaintiff did not consent to the invasion of its property by Named and Fictitious Defendants' chemicals.

84.     Named and Fictitious Defendants knew or should have known that their discharges of PFOA, PFOS, and related chemicals could contaminate the water supply and result in an invasion of Plaintiff's possessory interest in their property.

85.     Named and Fictitious Defendants' trespass is continuing.

86.     Named and Fictitious Defendants' continuing trespass has impaired Plaintiff's use of its property and has caused it damages by diminishing its value.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for compensatory damages against all Defendants, both named and fictitious, jointly and severally, in an amount to be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

## <u>COUNT FIVE</u>
### Wantonness and Punitive Damages

87.     Plaintiff re-alleges all prior paragraphs as if restated herein.

88.     Named and Fictitious Defendants owed a duty to Plaintiff to exercise due and reasonable care in their manufacturing and chemical supply operations to prevent the discharge of PFCs and their precursors, including, but not limited to PFOA, PFOS, and related chemicals, into the water supply.

89.     In breaching the duties described above, Named and Fictitious Defendants acted in a wanton, willful, and reckless manner.

90.     Named and Fictitious Defendants knew or should have known the danger to Plaintiff created by Defendants' conduct, practices, actions, and inactions.

91.     Named and Fictitious Defendants knew or should have known of the likely impact, harm, damage, and injury their conduct would have on the Plaintiff.

92.     Named and Fictitious Defendants' conduct, practices, and inactions evidence Defendants' reckless disregard for Plaintiff's property.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment for punitive damages against all Defendants, both named and fictitious, jointly and severally, in an amount to

be determined by a struck jury in an amount in excess of the jurisdictional minimum of this court, past and future, plus interest and costs.

<div align="center">

**COUNT SIX**
**Injunctive Relief**

</div>

93.     Plaintiff re-alleges all prior paragraphs as if set forth fully herein.

94.     Plaintiff requests that this Court enter an Order enjoining Named and Fictitious Defendants from continuing the conduct described above and requiring Named and Fictitious Defendants to take all steps necessary to remove their chemicals from Plaintiff's water supplies and property.

95.     There is continuing irreparable injury to Plaintiff if an injunction does not issue, as Named and Fictitious Defendants' chemicals in its water supplies pose a continuing threat to Plaintiff's property interests, and there is no adequate remedy at law.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands injunctive relief against all Defendants, both named and fictitious, jointly and severally, requiring Defendants to remove their chemicals from Plaintiff's water system and to prevent these chemicals from continuing to contaminate Plaintiff's water supply.

<div align="center">

**RELIEF DEMANDED**

</div>

Wherefore, Centre Water respectfully requests this Court grant the following relief:

a)     Award Plaintiff damages in an amount to be determined by a jury sufficient to compensate it for real property damage, out of pocket expenses, lost profits and sales, and future expenses;

b)     Issue an injunction requiring Named and Fictitious Defendants to remove their chemicals from Plaintiff's water supply and to prevent these chemicals from continuing to contaminate Plaintiff's water supply;

<div align="center">16</div>

c)      Award attorney fees and costs and expenses incurred in connection with the
litigation of this matter;

d)      Award such other and further relief as this Court may deem just, proper, and
equitable.

**JURY DEMAND**

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES OF THIS
CAUSE.

Dated: May 25, 2017

<div align="right">

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (STR021)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

</div>

Case 4:17-cv-01026-KOB   Document 1-2   Filed 06/19/17   Page 1916 of 1940

DOCUMENT 93
ELECTRONICALLY FILED
6/13/2017 2:54 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| **THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE,** | ) <br> ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| **v.** | ) <br> ) **CIVIL ACTION NO:** |
| **3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC;  MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MILLS, INC.; and FICTITIOUS          )
DEFENDANTS A-J, those persons,       )
corporations, partnerships or entities  )
who acted either as principal or agent,  )
for or in concert with the other named  )
Defendants and/or whose acts caused or  )
contributed to the damages sustained by  )
the Plaintiff, whose identities are     )
unknown to the Plaintiff, but which will  )
be substituted by amendment when      )
ascertained,                         )

       Defendants.

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT
INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.,
DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT
INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY
CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE
CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC.,
INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK
CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY,
MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC.,
NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC.,
SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA,
INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR
CARPET MILLS, INC.**

      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre

("Centre Water"), and propounds its First Set of Requests for Production to Defendants Aladdin

Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of

America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc.,

ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors,

LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer

Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken

& Company, Mohawk Carpet, LLC, Mohawk Group, Inc., Mohawk Industries, Inc., NPC South,

2

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## INSTRUCTIONS

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

3

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, CentreWater.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## REQUESTS FOR PRODUCTION

1.      Please produce all documents identified in or relied upon by you in your responses to Plaintiff's First Set of Interrogatories to all Defendants.

2.      Please produce a chart showing your organizational structure.

3.      Please produce copies of your document retention policies.

4.      Please produce copies of all insurance policies under which you are or may be insured for liability with respect to the occurrences complained of in this action.

5.      Please produce copies of all documents that mention, refer to, reflect or relate to the volume or other quantity of chemical products used by you in your manufacturing processes at your facilities located in Whitfield County, Georgia.

6.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of chemical products.

7.      Please produce copies of any and all documents that you typically generate, receive, and/or keep relating to your acquisition, use, and/or disposal of PFCs, specifically including, but not limited to, PFOA and PFOS.

8.      Please produce copies of any and all documents that reference, memorialize, relate to, or Concern your knowledge of the human health risks caused by exposure to PFCs, specifically including, but not limited to, PFOA and PFOS.

9.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern your knowledge of the environmental persistence of PFOA and PFOS.

10.      Please produce copies of any and all documents that reference, memorialize, relate to, or concern any testing performed on the wastewater discharged from your facilities in Whitfield County, Georgia.

11.     Please produce copies of any and all documents that reference, memorialize, relate to, or concern the volume of wastewater discharged from your facilities in Whitfield County, Georgia.

12.     Please produce copies of any and all Documents that reference, memorialize, relate to, or concern your knowledge of any surface water testing performed on the Conasauga River to determine PFC concentration levels.

13.     Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other documents, concerning the occurrences complained of in this action.

14.     Please produce a list identifying any person from whom you have purchased PFCs or their precursors, identifying the products purchased and the intended use of such products.

15.     Please produce all manuals, booklets, instructions, pamphlets, data sheets, or other Documents pertaining to your use and/or disposal of PFCs.

16.     Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the Georgia Department of Natural Resources ("GDNR").

17.     Please produce copies of all documents concerning correspondences and/or records of correspondences between you and the United States Environmental Protection Agency ("EPA").

18.     Produce copies of all permits related to the discharge of wastewater from any facility owned or operated by you in Whitfield County, Georgia.

19.     Produce all documents related to notices, permit non-compliance, citations, investigations or legal actions arising from the production or discharging of wastewater from any of your manufacturing facilities in Whitefield County, Georgia.

20.    Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

21.    Please produce all documents or other information, either used, reviewed or relied upon by your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

22.    Please produce all written documents your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

Dated: May ___, 2017.

Respectfully submitted,

 s/ Rhon E. Jones_____
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 94

ELECTRONICALLY FILED
6/13/2017 2:54 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

# IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER )
BOARD OF THE TOWN OF CENTRE, )
         )
         )
    **Plaintiff,** )
         )
**v.** )    **CIVIL ACTION NO:**
         )    _____
3M COMPANY; ALADDIN )
MANUFACTURING CORPORATION )
APRICOT INTERNATIONAL, INC.; )
ARROWSTAR, LLC; BEAULIEU )
GROUP, LLC, BEAULIEU OF )
AMERICA, INC.; DALTONIAN )
FLOORING, INC.; DEPENDABLE )
RUG MILLS, INC.; DORSETT )
INDUSTRIES, INC.; DYSTAR, L.P.; )
ECMH, LLC d/b/a CLAYTON )
MILLER HOSPITALITY CARPETS; )
E.I. DU PONT DE NEMOURS AND )
COMPANY; EMERALD CARPETS, )
INC.; ENGINEERED FLOORS, LLC; )
FORTUNUE CONTRACT, INC.; )
HARCROS CHEMICAL, INC.; KRAUS )
USA , INC. (f/k/a BARRETT CARPET )
MILLS, INC); INDIAN SUMMER )
CARPET MILLS, INC.; INDUSTRIAL )
CHEMICALS, INC.; J&J )
INDUSTRIES, INC.; LEXMARK )
CARPET MILLS, INC.; LYLE )
INDUSTRIES, INC.; MFG )
CHEMICAL, INC.; MILLIKEN & )
COMPANY; MOHAWK CARPET, )
LLC;  MOHAWK GROUP, INC.; )
MOHAWK INDUSTRIES, INC.; NPC )
SOUTH, INC.; ORIENTAL WEAVERS )
USA, INC.; S & S MILLS, INC.; )
SAVANNAH MILLS GROUP, LLC; )
SHAW INDUSTRIES, INC.; TANDUS )
CENTIVA, INC.; TANDUS CENTIVA )
US, LLC; THE DIXIE GROUP, INC.; )
TEXTILE RUBBER AND CHEMICAL )
COMPANY, INC.; VICTOR CARPET )

| | |
|---|---|
| **MILLS, INC.; and FICTITIOUS** | ) |
| **DEFENDANTS A-J, those persons,** | ) |
| **corporations, partnerships or entities** | ) |
| **who acted either as principal or agent,** | ) |
| **for or in concert with the other named** | ) |
| **Defendants and/or whose acts caused or** | ) |
| **contributed to the damages sustained by** | ) |
| **the Plaintiff, whose identities are** | ) |
| **unknown to the Plaintiff, but which will** | ) |
| **be substituted by amendment when** | ) |
| **ascertained,** | ) |

    **Defendants.**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION TO DEFENDANTS 3M COMPANY, INC., ARROWSTAR, LLC, DYSTAR, L.P., E.I. DUPONT DE NEMOURS AND COMPANY, HARCROS CHEMICAL, INC., INDUSTRIAL CHEMICALS, INC., MFG CHEMICAL, INC., AND TEXTILE RUBBER AND CHEMICAL COMPANY, INC.

  **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the Town of Centre ("Centre Water"), and propounds its First Set of Interrogatories and First Request for Production of Documents on Defendants 3M Company, Inc., ArrowStar, LLC, Dystar, L.P., E.I. DuPont De Nemours and Company, Harcros Chemical, Inc., Industrial Chemicals, Inc., MFG Chemical, Inc., and Textile Rubber and Chemical Company, Inc. Plaintiff makes the following requests:

### <u>INSTRUCTIONS</u>

  1. Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

  2. If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

  3. If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the

current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## **DEFINITIONS**

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic

media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the Defendants, 3M Company, Inc.; ArrowStar, LLC, Dystar, L.P., Harcros Chemical, Inc.; Industrial Chemical, Inc.; MFG Chemical, Inc.; and Tiarco Chemical Company Inc, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.      State the inclusive dates during which you have sold or delivered chemical products to manufacturing facilities located in Whitfield County, Georgia.

2.      State the inclusive dates that you have maintained sales or distribution offices in Whitfield County, Georgia, and the physical address of each location.

3.      Identify each Defendant named in the Complaint in this matter to whom this Defendant has sold or supplied chemical products in Dalton, Georgia.

4.      For each Defendant identified in the immediately preceding interrogatory, identify the name and type of chemical product sold, the dates the chemical products were sold, the volume or other measure of the amount of chemical products sold on each date identified, and the purpose for which the products were to be used.

5.    State the name and address of each manufacturing facility located in Whitfield County, Georgia to which you have sold chemical products.

6.    For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume or other measure of the amount of products sold on each date identified, and the purpose for which the products were to be used.

7.    Identify each defendant named in the complaint in this matter to whom you sold chemical products that were used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

8.    For ever entity identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the chemical product and the total volume or other measurement of the amount of the product sold during that period

9.    Identify each chemical product sold or delivered by you to any manufacturing facility located in Whitfield County Georgia that was intended to be used to impart stain, water or soil stain resistance properties to carpet or textile fabrics.

10.    For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

11.    Identify each defendant named in the complaint in this matter to whom you sold chemical products that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

12.    For every entity identified in the immediately preceding interrogatory, identify the chemical products that were sold, the date(s) the products were sold, the volume of products sold on each date identified and the purpose for which the product is used.

13.    Identify each chemical product sold by you to any entity with manufacturing facilities in Whitfield County Georgia that contained or that could produce PFOA, PFOS, PFOA precursors, or PFOS precursors.

14.    For each product identified in the immediately preceding interrogatory, state the inclusive dates during which you sold the product and the total volume of the product sold during that period.

15.    Identify each water treatment facility in Whitfield County, Georgia that you have provided chemicals.

16.    For each entity in the immediately preceding interrogatory, identify the chemical that was provided, the amount that was provided, and the purpose for which it was provided.

## **REQUEST FOR PRODUCTION**

1.    All documents that mention, refer, reflect or relate to the identity of products sold; the volume or other measure of the amount of products sold; the identity of the entities to whom the products were sold; and the dates that the products were sold for the entities and chemical products identified in your responses to the above interrogatories.

Dated: September 22, 2016.

Respectfully submitted,

 s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)

Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

DOCUMENT 95

ELECTRONICALLY FILED
6/13/2017 2:54 PM
13-CV-2017-900049.00
CIRCUIT COURT OF
CHEROKEE COUNTY, ALABAMA
DWAYNE AMOS, CLERK

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

| | |
|---|---|
| THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CENTRE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO: |
| | ) _____ |
| 3M COMPANY; ALADDIN MANUFACTURING CORPORATION APRICOT INTERNATIONAL, INC.; ARROWSTAR, LLC; BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC.; DALTONIAN FLOORING, INC.; DEPENDABLE RUG MILLS, INC.; DORSETT INDUSTRIES, INC.; DYSTAR, L.P.; ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS; E.I. DU PONT DE NEMOURS AND COMPANY; EMERALD CARPETS, INC.; ENGINEERED FLOORS, LLC; FORTUNUE CONTRACT, INC.; HARCROS CHEMICAL, INC.; KRAUS USA , INC. (f/k/a BARRETT CARPET MILLS, INC); INDIAN SUMMER CARPET MILLS, INC.; INDUSTRIAL CHEMICALS, INC.; J&J INDUSTRIES, INC.; LEXMARK CARPET MILLS, INC.; LYLE INDUSTRIES, INC.; MFG CHEMICAL, INC.; MILLIKEN & COMPANY; MOHAWK CARPET, LLC; MOHAWK GROUP, INC.; MOHAWK INDUSTRIES, INC.; NPC SOUTH, INC.; ORIENTAL WEAVERS USA, INC.; S & S MILLS, INC.; SAVANNAH MILLS GROUP, LLC; SHAW INDUSTRIES, INC.; TANDUS CENTIVA, INC.; TANDUS CENTIVA US, LLC; THE DIXIE GROUP, INC.; TEXTILE RUBBER AND CHEMICAL COMPANY, INC.; VICTOR CARPET | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MILLS, INC.; and FICTITIOUS )
DEFENDANTS A-J, those persons, )
corporations, partnerships or entities )
who acted either as principal or agent, )
for or in concert with the other named )
Defendants and/or whose acts caused or )
contributed to the damages sustained by )
the Plaintiff, whose identities are )
unknown to the Plaintiff, but which will )
be substituted by amendment when )
ascertained, )

       Defendants.


**PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS ALADDIN MANUFACTURING CORPORATION, APRICOT INTERNATIONAL, INC., BEAULIEU GROUP, LLC, BEAULIEU OF AMERICA, INC., DALTONIAN FLOORING, INC., DEPENDABLE RUG MILLS, INC., DORSETT INDUSTRIES, INC., ECMH, LLC d/b/a CLAYTON MILLER HOSPITALITY CARPETS, EMERALD CARPETS, INC, ENGINEERED FLOORS, LLC, FORTUNE CONTRACT, INC., KRAUS USA, INC. f/k/a BARRETT CARPET MILLS, INC., INDIAN SUMMER CARPET MILLS, INC., J&J INDUSTRIES, INC., LEXMARK CARPET MILLS, INC., LYLE INDUSTRIES, INC., MILLIKEN & COMPANY, MOHAWK CARPET, LLC, MOHAWK GROUP, INC., MOHAWK INDUSTRIES, INC., NPC SOUTH, INC., ORIENTAL WEAVERS USA, INC., S & S MILLS, INC., SAVANNAH MILLS GROUP, LLC, SHAW INDUSTRIES, INC., TANDUS CENTIVA, INC., TANDUS CENTIVA US, LLC, THE DIXIE GROUP, INC., AND VICTOR CARPET MILLS, INC.**


      **COMES NOW**, Plaintiff, The Water Works and Sewer Board of the City of Centre ("Centre Water"), and propounds its First Set of Interrogatories to Defendants Aladdin Manufacturing Corporation, Apricot International, Inc., Beaulieu Group, LLC, Beaulieu of America, Inc., Daltonian Flooring, Inc., Dependable Rug Mills, Inc., Dorsett Industries, Inc., ECMH, LLC d/b/a Clayton Miller Hospitality Carpets, Emerald Carpets, Inc., Engineered Floors, LLC, Fortune Contract, Inc., Kraus USA, Inc. f/k/a Barrett Carpet Mills, Inc., Indian Summer Carpet Mills, Inc., J&J Industries, Inc., Lexmark Carpet Mills, Inc., Lyle Industries, Inc., Milliken & Company, Mohawk Carpet, LLC, Mohawk Group, LLC, Mohawk Industries, Inc., NPC South,

Inc., Oriental Weavers USA, Inc., S & S Mills, Inc., Savannah Mills Group, LLC, Shaw Industries, Inc., Tandus Centiva, Inc., Tandus Centiva US, LLC, The Dixie Group, Inc., and Victor Carpet Mills, Inc. Plaintiff makes the following requests:

## **INSTRUCTIONS**

1.      Unless otherwise indicated, these requests refer to the time, place and circumstances of the claims set forth in the Complaint.

2.      If, in answering these requests, you perceive any ambiguities in a request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in answering.

3.      If any response claims application of privilege or confidentiality, state the factual basis for such claim, identify all parties to communications allegedly thereto, and identify the current or last known custodian of each document concerning, referring, or relating to such communication.

4.      Where appropriate, you are to construe all references to the singular as including the plural, all references to the masculine as including the feminine or neuter, all references to the disjunctive as including the conjunctive, and vice versa.

5.      If any documents requested are unavailable or have been destroyed, list each document and when and why it was destroyed or why it is unavailable.

6.      If any documents requested are unavailable or have been destroyed, identify all persons who have had personal knowledge of those documents.

7.      If you claim any documents requested are outside of your possession, control and custody, please state why such documents are beyond your possession, control and custody, and the current and/or last known location of said documents.

## DEFINITIONS

**"Chemical Product"** refers to any chemical compound intended to be used to impart stain, soil, or water resistance characteristics to carpet or other textile products during or after the manufacturing process.

**"Correspondence"** refers to any oral, electronic or written communication, discussion, inquiry, inspection, visit, or request.

**"Document"** refers to anything contemplated by Alabama Rules of Civil Procedure, and includes all media by which information or data may be stored or obtained, including, without limitation, books, pamphlets, notes, letters, correspondence, diaries, telegrams, reports, pictures, recordings, memoranda, records, studies, extracts, working papers, charts, papers, indices, tapes, data sheets or cards, minutes, transcriptions, computer disks, diskettes, e-mail or other electronic media, and any other written, printed, reported, transcribed, punched, taped or typed materials, movies or other photographic matter, however produced or reproduced, and all mechanical or electronic sound records or transcripts thereof, in your possession, custody or control.

**"Person"** refers to any entity of any description, including, but not limited to, a natural person, corporation, partnership, other business association or entity, government, governmental body, commission, board, or agency.

**"Plaintiff"** refers to the Plaintiff, Centre Water.

**"You," "Your,"** and **"Defendant"** refer to the individual or entity, corporate or otherwise, to which this document is addressed, as well as its agents, heirs, relatives, employees, contractors, servants, representatives, subrogors, subrogees, and, unless privileged, attorneys.

## INTERROGATORIES

1.      State the name, address, job title and duties of the person(s) answering, aiding, or who was consulted or supplied information upon which answers to these interrogatories are based and state the place where these interrogatories are answered.

2.      State the name of each chemical product, and the name of the manufacturer of each chemical product, used in Your manufacturing facilities in Whitfield County, Georgia, that were intended to provide stain resistance in Your products, and identify the type of products that You manufactured using these chemical products.

3.      Identify the inclusive dates during which any chemical products identified in Your response to Interrogatory #2 were used in Your manufacturing processes, as well as the name and address of each facility where the chemical product was used.

4.      Identify each manufacturing facility currently or formerly owned or operated by You in Whitfield County, Georgia, which chemical products were used, and the inclusive dates during which chemical products were used at each facility, as well as when each facility was in operation.

5.      With regard to any facility identified in response to Interrogatory #4, state the name of each chemical product utilized at that facility and list the inclusive dates during which each chemical product was used.

6.      With regard to any facility identified in response to Interrogatory #4, state whether waste water resulting from the manufacturing process was pre-treated prior to disposal or discharge to a waste water system, and describe in detail any such process used to pre-treat waste water at each facility.

7.      State whether You have entered into any contract or other agreement with Dalton Utilities to pre-treat your industrial wastewater prior to disposal.

8.      State the name of the wastewater treatment system provider for each of your manufacturing facilities in Whitfield County, Georgia, and the inclusive dates that each waste water treatment system was utilized by each facility.

9.      State whether any waste from any of your manufacturing facilities in Whitfield County, Georgia, has been discharged to the environment in any manner other than through a municipal wastewater system, describing with specificity and detail the nature and extent of any such discharge(s).

10.     State the name and address of any manufacturing facility not located in Whitfield County, Georgia, owned or operated by you that discharged wastewater directly into the environment or into a wastewater treatment system that discharges into any tributary of the Coosa River, and identify the inclusive dates during which any such discharges occurred.

11.     Identify any entity not named as a party to this action that has caused or contributed to causing perfluorinated compounds ("PFC"), including but not limited to perfluorooctanoic acid ("PFOA") and perfluorooctanoic sulfonate ("PFOS"), to enter the Consauga River, or any other tributary of the Coosa River.

12.     State whether you are aware that the use of certain stain resistance products in your manufacturing process may have resulted in the presence of PFOA and/or PFOS in the Consauga River, and if answering in the affirmative, state when you gained this awareness.

13.     State with specificity and in detail any action or activity you have undertaken to reduce the use of any chemical products in your manufacturing process, when those actions or activities were undertaken, and your reason(s) for undertaking those actions or activities.

14.    State with specificity and detail all knowledge you have regarding any investigation by any governmental agency regarding the release of PFOA and/or PFOS from the Dalton Utilities Industrial Wastewater System, including the date the knowledge was obtained.

Dated: May ___, 2017.

<div style="margin-left: 50%;">

Respectfully submitted,

 s/ Rhon E. Jones
JERE L. BEASLEY (BEA020)
 Jere.Beasley@beasleyallen.com
RHON E. JONES (JON093)
 Rhon.Jones@beasleyallen.com
RICHARD D. STRATTON (3939T76R)
 Rick.Stratton@beasleyallen.com
GRANT M. COFER (COF008)
 Grant.Cofer@beasleyallen.com
J. RYAN KRAL (KRA016)
 Ryan.Kral@beasleyallen.com
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
T: 334-269-2343
F: 334-954-7555

ROGER H. BEDFORD
 senbedford@aol.com
Roger Bedford & Associates, P.C.
P.O. Box 370
Russellville, Alabama 35653
T: 256-332-6966
F: 256-332-2800

Attorneys for Plaintiff

</div>



AlaFile E-Notice

13-CV-2017-900049.00

To:   RHON E. JONES
      rhon.jones@beasleyallen.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA

THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.
13-CV-2017-900049.00

The following alias summons was FILED on 6/13/2017 2:54:55 PM

Notice Date:        6/13/2017 2:54:55 PM

DWAYNE AMOS
CIRCUIT COURT CLERK
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL, 35960

256-927-3637



USPS CERTIFIED MAIL



9214 8901 7301 4113 1700 0031 51

100 MAIN STREET
CENTRE, AL, 35960

13-CV-2017-900049.00

To: APRICOT INTERNATIONAL, INC.
GUY BINETTTE
P. O. BOX 1544
DALTON, GA 30721

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA**

**THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.**
**13-CV-2017-900049.00**

The following alias summons was FILED on 6/13/2017 2:54:55 PM

Notice Date:      6/13/2017 2:54:55 PM

**DWAYNE AMOS**
**CIRCUIT COURT CLERK**
CHEROKEE COUNTY, ALABAMA
100 MAIN STREET
CENTRE, AL 35960

256-927-3637

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>13-CV-2017-900049.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF CHEROKEE COUNTY, ALABAMA
### THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN V. 3M COMPANY, INC.

**NOTICE TO:** APRICOT INTERNATIONAL, INC., GUY BINETTTE P. O. BOX 1544, DALTON, GA 30721

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RHON E. JONES                                                                                     ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 4160, MONTGOMERY, AL 36103                                      .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THE WATER WORKS AND SEWER BOARD OF THE TOWN OF CEN

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 6/13/2017 2:54:55 PM | /s/ DWAYNE AMOS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ RHON E. JONES

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____
*(Type of Process Server)*            *(Server's Signature)*                    *(Address of Server)*

_____        _____
*(Server's Printed Name)*                *(Phone Number of Server)*